UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK


YVETTE BHIKHARIE,                          25-cv-05588 -RPK-CLP

Plaintiff,


-Against-

CITY OF NEW YORK,

acting through its agency the New York City Police Department (NYPD),

Defendants.


Case No.: _____


COMPLAINT FOR VIOLATION OF CIVIL RIGHTS


(42 U.S.C. § 1983)


I.  JURISDICTION AND VENUE


1. This is a civil rights action arising under the Constitution and laws of the United States, including 42 U.S.C. § 1983, to redress the deprivation of rights secured by the Fourteenth Amendment.


2. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1343.


3. Venue is proper in this District under 28 U.S.C. § 1391(b) because the events and omissions giving rise to this claim occurred in Kings County, New York, which lies within the Eastern District of New York.


II. PARTIES


REC'D IN PRO SE OFFICE
OCT 2 '25 PM4:40

4. Plaintiff Yvette Bhikharie is a resident of Kings County, New York.

5. Defendant City of New York is a municipal corporation organized under the laws of New York State, and is responsible for the policies, practices, and customs of the NYPD.

6. Defendant NYPD is an agency of the City responsible for maintaining accurate and lawful police reports and records.

7. Defendant Police Officer Russell L. Scott is, and at all relevant times was, an NYPD officer acting under color of state law.

8. Defendants Sergeant Launddin and Sergeant Farrugia are, and at all relevant times were, supervisory officers at the NYPD's 301 Gold Street precinct, acting under color of state law.

III. STATEMENT OF FACTS

9. On January 27, 2024, Plaintiff was the victim of a felony hit-and-run collision near Saratoga Avenue and Blake Avenue, Brooklyn, New York.

10. The incident was documented under Motor Vehicle Accident Report No.MV-2024-073-000090.  The responding officer, Defendant Scott, improperly recorded the matter only as a traffic accident and failed to generate a Complaint Report (UF-61) or Detective Follow-Up Report (DD-5)

11. Plaintiff sustained serious physical injuries within the meaning of N.Y. Penal Law § 10.00(10), including herniated discs, nerve damage, chronic pain, and long-term need for medical treatment.

12. Under N.Y. Vehicle and Traffic Law § 600(2)(c), these injuries required classification as a felony hit-and-run, yet Defendants failed to so classify it.

13. On or about July 29, 2025, Plaintiff formally requested that the NYPD amend and correct the record to reflect the criminal elements of the incident. Despite repeated follow-ups, Defendants refused and/or failed to make the corrections.

14. As a direct and proximate result of Defendants actions and omissions, Plaintiff suffered:

A. Financial harm – denial and delay of insurance claims, increased costs, and loss of benefits.

B. Legal prejudice obstruction of civil remedies and interference with criminal enforcement.

C. Emotional distress ongoing hardship, uncertainty, and denial of fair process.

15. Plaintiff obtained a state court stay under CPLR § 7805 in a related Article 78 proceeding, but Defendants' refusal to correct the report continues to cause harm.

IV. CLAIMS FOR RELIEF

COUNT I – Procedural Due Process Violation (42 U.S.C. § 1983; Fourteenth Amendment)

16. Defendants, acting under color of law, deprived Plaintiff of property rights and legal entitlements (including access to insurance benefits and civil/criminal remedies) without due process by refusing to maintain accurate records.

COUNT II – Substantive Due Process Violation (42 U.S.C. § 1983; Fourteenth Amendment)

17. Defendants refusal to amend the report was arbitrary and capricious, without lawful justification, and in disregard of statutory obligations.

18. This conduct shocks the conscience and deprived Plaintiff of substantive due process.

COUNT III – Municipal Liability (Monell Claim)

19. The constitutional violations were caused by the policies, practices, and customs of the City of New York and NYPD, including a pattern of failing to amend or correct police reports even when serious injury and criminal elements exist.

20. The City is liable under Monell v. Dep't of Soc. Servs., 436 U.S. 658 (1978), for maintaining these unconstitutional policies.

## V. DAMAGES

21. As a direct and proximate result of Defendants actions and omissions, Plaintiff suffered:

A. Financial losses from denied and delayed insurance claims, increased medical and legal expenses, and the burden of an active loan accruing recurring interest.

B. Outstanding medical bills for ongoing treatment related to herniated discs, nerve damage, and chronic pain, which remain unpaid due to Defendants refusal to properly classify and correct the incident report.

## VI. RELIEF

1. Compensatory damages in an amount to be determined at trial.

2. Punitive damages against the individual officer defendants for willful misconduct.

3. Declaratory and injunctive relief requiring NYPD to correct

Plaintiff's accident report.

4. Such other and further relief as the Court deems just and proper.

## VII. CERTIFICATION AND SIGNATURE

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Respectfully submitted,

Date of signing: October 2,2025

Signature of Plaintiff _____

Printed Name of Plaitiff _____

Yvette Bhikharie

Pro Se Plaintiff

7 Livonia Ave Apt 423

Brooklyn, NY 11212

718-564-3988Yvettebhikharie@gmail.com



# CIVILIAN COMPLAINT REVIEW BOARD
### 100 CHURCH STREET 10th FLOOR
### NEW YORK, NEW YORK 10007 ♦ TELEPHONE (212) 912-7235
### www.nyc.gov/ccrb



ERIC L. ADAMS
MAYOR

DR. MOHAMMAD KHALID
INTERIM CHAIR

August 28, 2025

Yvette Bhikharie
7 Lavonia Avenue 423
Brooklyn, NY 11212

**IAB REF#: 202508625**

Dear Yvette Bhikharie:

The Civilian Complaint Review Board has a specific jurisdiction when it is investigating allegations against sworn members of the NYPD. Some allegations do not fall under the jurisdiction of the CCRB and fall under the jurisdiction of another entity, which is the case here.

As a result, we are forwarding your complaint to the **New York City Police Department's Internal Affairs Bureau**, so they can take appropriate action. Please expect to hear from someone from that organization who will be investigating your incident. They will be able to explain to you in detail how their process works. Your continued willingness to participate in this extremely important process with the **New York City Police Department's Internal Affairs Bureau** is greatly appreciated.

If you have any questions, please contact the **New York City Police Department's Internal Affairs Bureau at 315 Hudson Street 3 Fl, New York NY 10013; telephone (212) 741-8401**. Make sure you have the reference number at the top of this page when reaching out to them.

The integrity and quality of the Police Department's service to the public depends, in large part, upon receiving information from citizens like you regarding the performance of police officers as they carry out their duties. The Civilian Complaint Review Board is grateful for the effort you have already put forth in furthering this goal.

Sincerely,

Eshwarie Mahadeo
Director of Case Management

## Accident Report Statement

On January 27, 2024 at approximately 12:15pm, I was traveling straight on Saratoga Ave and Blake Ave. While I was proceeding lawfully in my lane, a black vehicle pulled out from a parked position on the left side and merged into traffic, striking the passenger side of my vehicle. The force of the collision caused my car to swerve uncontrollably and crash into a parked vehicle. Immediately after the impact, the driver of the black vehicle continued driving away from the accident scene. Multiple bystanders had to flag him down to stop, and he initially attempted to flee. This constitutes a hit and run under New York State law Vehicle and Traffic Law § 600. As a direct result of the accident, I sustained injuries that required medical attention and ultimately resulted in surgery. My vehicle suffered significant damage, as did the parked car that I was forced into. I was not at fault in this incident, as I was traveling straight with the right of way. The collision and my resulting injuries were caused by the negligent and unlawful actions of the driver who struck my vehicle and attempted to leave the scene until stopped by others.



https://mail.google.com/mail/u/0/#inbox/FMfcgzQZVJvVbJxgPVGQGrmVNFClwrXq?projector=1&messagePartId=0.15

*FM - next actions time*
*w/s Kumar*



## CitiMed
### Complete Medical Core
### Injury Doctors
www.citimedny.com

JFK Bldg 78A, North Boundary Road, Jamaica, NY 11430
Tel: (718) 656-9500/ Fax: (718) 656-9503

100-05 Roosevelt Ave. Suite 102, Corona, NY 11368
Tel: (718) 446-0002/Fax: (718) 898-3632

55 Green Ave. Suite LLB, Brooklyn, NY 11238
Tel: (718) 398-7777/ Fax: (718)399-7777

92-18 165th Street, Jamaica, NY 11433
Tel: (718) 725-0044/ Fax: (718) 725-0880

127 East 107 Street, New York, NY 10029
Tel: (212) 534-1500/Fax: (212) 860-8538

2367 Westchester Ave, Bronx, NY 10462
Tel: (718) 597-2900/Fax: (718) 597-2902

65-55 Woodhaven Blvd, 2nd fl, Rego Park, NY 11374
Tel: (718) 255-6615/Fax: (718) 255-1394

14 Mamaroneck Ave, 2nd fl, White Plains, NY 10601
Tel: (914) 949-5555/Fax: (914) 993-3333

1963 Grand Concourse, 2nd fl, Bronx, NY 10453
Tel: (718) 466-4600/Fax: (718) 466-1100

910 E Gun Hill Rd, Bronx, NY 10469
Tel: (718) 882-8500/Fax: (718) 882-4400

# PHYSICAL THERAPY / OCCUPATIONAL THERAPY REFERRAL

PATIENT NAME: _Yvette Bhikharie_    TODAY'S DATE: _l_ . _8_ . _25_
                                                    Month  Day  Year

DIAGNOSIS: _Cervcl disc herniation_

PRECAUTIONS/CONTRAINDICATIONS: _____

FREQUENCY   (2) (3) (4)  X A WEEK _6_ WEEK/S

Weight bearing:
___ NWB  ✓ FWB ___ PWBAT

___✓___ EVAULATE AND TREAT

GOALS: __✓ ♦ PAIN __✓ ♦ ROM __✓ ♦ STRENGTH ___ ♦ SWELLING __✓ IMPROVE FUNCTION

## MODALITITES
___ US
___ TENS
___ PARAFFIN BATH

___ MOIST HEAT
___ ICE
___ ELECTRICAL STIM

___ TRACTION ___LBS
___ INTERFERENTIAL
___ AT THE THERAPIST'S DISCRETION

## MANUAL THERAPIES
_✓_ GENTLE MASSAGE
_✓_ MYOFACIAL RELEASE
_✓_ JOINT MOBILIZATION

_✓_ ISOMETRIC STABILIZATION
___ CERVICAL
___ LUMBAR

_✓_ STRETCHING

## EXERCISES
_✓_ ROM
___ ISOMETRICS
___ MCKENZIE EXTENSION EXERCISE
_✓_ BIOMECHANICS TRAINING
___ BAPS/BALANCE EXERCISE
_✓_ STRENGTHENING EXERCISES
_✓_ THERAPEUTIC EXERCISE
___ GAIT TRAINING/AMBULATION
___ MET (MUSCLE ENERGY TECHIQUES)
___ FLEXIBILITY EXERCISE

___ MET (MUSCLE ENERGY TECHIQUES)
_✓_ STRETCHING (FUNCTIONAL)
_✓_ HOME EXERCISE PROGRAM
___ POSTURAL CORRECTION EXERCISE
___ WILLIAMS FLEXION EXERCISE
___ PNF
___ PROPRIOCIPTION TRAINING EXERCISES
___ ENDURANCE EXERCISE
___ PLYOMITRICS

SPECIFIC INSTRUCTIONS: _____



**CitiMed**

Complete Medical Core
Injury Doctors
www.citimedny.com

JFK Bldg 78A, North Boundary Road, Jamaica, NY 11430
Tel: (718) 656-9500/ Fax: (718) 656-9503 .

100-05 Roosevelt Ave. Suite 102, Corona, NY 11368
Tel: (718) 446-0002/Fax: (718) 898-3632

55 Green Ave. Suite LLB, Brooklyn, NY 11238
Tel: (718) 398-7777/ Fax: (718)399-7777

92-18 165th Street, Jamaica, NY 11433
Tel: (718) 725-0044/ Fax: (718) 725-0880

127 East 107 Street, New York, NY 10029
Tel: (212) 534-1500/Fax: (212) 860-8538

2367 Westchester Ave, Bronx, NY 10462
Tel: (718) 597-2900/Fax: (718) 597-2902

65-55 Woodhaven Blvd, 2ⁿᵈ fl, Rego Park, NY 113'
Tel: (718) 255-661 5/Fax: (718) 255-13!

14 Mamaroneck Ave, 2ⁿᵈ fl, White Plains, NY 106(
Tel: (914) 949-5555/Fax: (914) 993-33:

1963 Grand Concourse, 2ⁿᵈ fl, Bronx, NY 104!
Tel: (718) 466-4600/Fax: (718) 466-11(

910 E Gun Hill Rd, Bronx, NY 104(
Tel: (718) 882-8500/Fax: (718) 882-44(

**Today's Date:** 08 / 29 / 2025
_____Month___Day___Year_____

**Patient Name:** _____ YVETTE BHIKHARIE _____    **Date of Accident:** 01 / 27 / 2024
Year                                                                                        Month   Day

To whom it may concern;

Please be advised that Ms. Bhikharie was seen in office due to their motor vehicle related injury sustained on 01/27/2024 accident. She was found 100% temporarily impaired. Her follow up appointment is tentatively scheduled on 09/26//2025.

**Diagnostic Impression:**
- Headache.
- Cervical spine sprain/strain.
- Thoracic spine sprain/strain.
- Lumbar spine sprain/strain.
- Right shoulder sprain/strain.
- Left shoulder sprain/strain.

**Prognosis:**

- Guarded for any questions regarding this matter, please contact us at the number below.

Sincerely, CitiMed Woodhaven

_Dunreath Andrew NP_

_____

E.Dunreath Family Nurse Practitioner

IMG_8941.jpg





## Blake Ave & Saratoga Ave

Brooklyn, NY 11212 · 0.3 mi

Intersection

Page **3** of **4** Pages

**New York State Department of Motor Vehicles**

# POLICE ACCIDENT REPORT (NYC)
**MV-104AN (7/11)**

| Precinct | |
|---|---|
| 073 | |

| Accident No. | Complaint Number |
|---|---|
| MV-2024-073-000090 | |

☑ *AMENDED REPORT*

| Accident Date | | | Day of Week | MilitaryTime | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene ☐ | Left Scene ☐ | Police Photos |
|---|---|---|---|---|---|---|---|---|---|---|
| Month | Day | Year | SATURDAY | 12:15 | 3 | 0 | 0 | Reconstructed ☐ | | ☐ Yes ☑ No |
| 1 | 27 | 2024 | | | | | | | | |

VEHICLE 3 — ☐ VEHICLE ☐ BICYCLIST ☐ PEDESTRIAN ☐ OTHER PEDESTRIAN

| VEHICLE 3 - Driver License ID Number | State of Lic. | VEHICLE - Driver License ID Number | State of Lic. |
|---|---|---|---|
| | | | |

| Driver Name -exactly as printed on license | Driver Name - exactly as printed on license |
|---|---|
| | |

| Address (Include Number & Street) | Apt. No. | Address (Include Number & Street) | Apt. No. |
|---|---|---|---|
| | | | |

| City or Town | State | Zip Code | City or Town | State | Zip Code |
|---|---|---|---|---|---|
| | | | | | |

| Date of Birth | | | Sex | Unlicensed | No. of Occupants | Public Property Damaged | Date of Birth | | | Sex | Unlicensed | No. of Occupants | Public Property Damaged |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | Day | Year | | ☐ | 0 | ☐ | Month | Day | Year | | ☐ | | ☐ |

| Name—exactly as printed on registration | Sex | Date of Birth | | | Name—exactly as printed on registration | Sex | Date of Birth | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Month | Day | Year | | | Month | Day | Year |

| Address (Include Number & Street) | Apt. No. | Haz. Mat Code | Released | Address (Include Number & Street) | Apt. No. | Haz. Mat. Code | Released |
|---|---|---|---|---|---|---|---|
| | | | | | | | ☐ |

| City or Town | State | Zip Code | City or Town | State | Zip Code |
|---|---|---|---|---|---|
| | | | | | |

| Plate Number | State of Reg. | Vehicle Year & Make | Vehicle Type | Ins. Code | Plate Number | State of Reg. | Vehicle Year & Make | Vehicle Type | Ins. Code |
|---|---|---|---|---|---|---|---|---|---|
| HZY3001 | NY | 2021 NISSAN | SEDAN | 328 | | | | | |

| Ticket/Arrest Number(s) | Ticket/Arrest Number(s) |
|---|---|
| | |

| Violation Section(s) | Violation Section(s) |
|---|---|
| | |

Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

**VEHICLE 1 DAMAGE CODES**

| Box 1 - Point of Impact | 1 | 2 |
|---|---|---|
| Box 2 - Most Damage | 10 | 8 |
| Enter up to three more Damage Codes | 3 | 4 | 5 |
| | 9 | | |

Vehicle Towed:  By

To

Check if involved vehicle is:
☐ more than 95 inches wide;
☐ more than 34 feet long;
☑ operated with an overweight permit;
☐ operated with an overdimension permit.

**VEHICLE 2 DAMAGE CODES**

| Box 1 - Point of Impact | 1 | 2 |
|---|---|---|
| Box 2 - Most Damage | | |
| Enter up to three more Damage Codes | 3 | 4 | 5 |

Vehicle Towed:  By

To

**VEHICLE DAMAGE CODING:**

1-13. SEE DIAGRAM ON RIGHT.

14. UNDERCARRIAGE   17. DEMOLISHED
15. TRAILER   18. NO DAMAGE
16. OVERTURNED   19. OTHER

Circle the diagram below that describes the accident, or draw your own diagram in space #9. Number the vehicles.

Rear End 1. | Left Turn 3. | Right Angle | Right Turn 5. | Head On 7.
Sideswipe (same direction) 2. | Left Turn 0. | 4. | Right Turn 6. | Sideswipe (opposite) 8.

**ACCIDENT DIAGRAM**

DIAGRAM ATTACHED ON SUBSEQUENT PAGE

0 LEFT TURN (SAME DIR)

9.

Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to Determine   ☐ Yes   ☐ No

| Reference Marker | Coordinates (if available) | |
|---|---|---|
| | Latitude/Northing 40.664654 | |
| | Longitude/Easting -73.916275 | |

Place Where Accident Occurred: ☐ BRONX ☑ KINGS ☐ NEW YORK ☐ QUEENS ☐ RICHMOND

Road on which accident occurred **SARATOGA AVENUE**
(Route Number or Street Name)

at 1) intersecting street _____
(Route Number or Street Name)

or 2) **5** Feet ___ Miles ☐ N ☑ S ☐ E ☐ W of **BLAKE AVENUE**
(Milepost, Nearest Intersecting Route Number or Street Name)

Accident Description/Officer's Notes **PARKED VEHICLE. BOTH PARTIES REFUSED MEDICAL ATTENTION ON SCENE. ACR#89898933, BUS#441, EMT PHILIPS. ***** AMEND DETAILS ***** DRIVER #2 STATES THAT SHE ENDED UP GOING TO DOWNSTATE HOSPITAL LATER IN THE DAY AFTER THE ACCIDENT AND ER PERSONNEL STATED TREATED HER FOR A CONCUSSION AS A RESULT OF THE ACCIDENT. DRIVER #2 DID PROVIDE DISCHARGE PAPERWORK FROM DOWNSTATE MEDICAL CENTER.**

USE COVER SHEET

P

| ALL INVOLVED | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | BY | TO | 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

| Officer's Rank and Signature | ♦ PO | | Tax ID No. 948562 | NCIC No. 03030 | Precinct 084 | Post/Sector | Reviewing Officer SGT KARL E HANISCH | Date/Time Reviewed 02/06/2024  04:38 |
|---|---|---|---|---|---|---|---|---|
| Print Name In Full | RUSSELL L SCOTT | | | | | | | |

19 -
20 -
21 -
22 -
23 3
24 -
25 10
26 -
27 1
28 1
29 1
30 -

**PERSONS KILLED OR INJURED IN ACCIDENT** (Letter designation of persons killed or injured must correspond with letter designation on front).

| Last Name | First | M.I. | Last Name | First | M.I. |
|---|---|---|---|---|---|
| Address | | | Address | | |

| Date of Birth | | | Telephone (Area Code) | Date of Birth | | | Telephone (Area Code) |
|---|---|---|---|---|---|---|---|
| Month | Day | Year | ( ) | Month | Day | Year | ( ) |

| Last Name | First | M.I. | Last Name | First | M.I. |
|---|---|---|---|---|---|
| Address | | | Address | | |

| Date of Birth | | | Telephone (Area Code) | Date of Birth | | | Telephone (Area Code) |
|---|---|---|---|---|---|---|---|
| Month | Day | Year | ( ) | Month | Day | Year | ( ) |

| Last Name | First | M.I. |
|---|---|---|
| Address | | |

Highway Dist. at Scene?  ☐ Yes  ☑ No
Name:

| Date of Birth | | | Telephone (Area Code) | Shield No. |
|---|---|---|---|---|
| Month | Day | Year | ( ) | |

**ENTER INSURANCE POLICY NUMBER FROM INSURANCE IDENTIFICATION CARD, EXPIRATION DATE (IN ALL CASES), AND VIN.**

Vehicle No. 1  943750469                   Vehicle No. 2  INT60211752302

Expiration Date 04/16/2024                 Expiration Date 12/17/2024

VIN         J0166274551391338              VIN         19XFC2F63KE041385

**WITNESS** (Attach separate sheet, if necessary)

| Name | Address | Phone |
|---|---|---|
| | | |

**DUPLICATE COPY REQUIRED FOR:**

☐ Dept. of Motor Vehicles (if anyone is killed/injured)  ☐ Motor Transport Division (P.D. vehicle involved)  ☐ NYC Taxi & Limousine Comm. (if a Licensed taxi or limousine involved)  ☐ Other City Agency (Specify)

☐ Office of Comptroller (if a City vehicle involved)  ☐ Personnel Safety Unit (if a P.D. vehicle involved)  ☐ Highway Unit _____

**NOTIFICATIONS:** (Enter name, address, and relationship of friend or relative notified. If aided person is unidentified, list Missing Person Squad member who was notified. In either case, give date and time of notification.)

**PROPERTY DAMAGED** (other than vehicles)          **OWNER OF PROPERTY** (include city agency, where applicable)

**IF NYPD VEHICLE IS INVOLVED:**

| Police Vehicle —Operator's First Name | Last Name | Rank | Shield No. | Tax ID. No. | Command |
|---|---|---|---|---|---|
| | | | | | |

| Make of Vehicle | Year | Type of Vehicle | Plate No. | Dept. Vehicle No. | Assigned To What Command |
|---|---|---|---|---|---|
| | | | | | |

Equipment in Use At Time of Accident
☐ Siren  ☐ Horn  ☐ Turret Light  ☐ 4-Way Flasher  ☐ High-Level Warning Lights  ☐ Traffic Cones  ☐ Headlights

**ACTIONS OF POLICE VEHICLE**
☐ Responding to Code Signal          ☐ Complying with Station House Directive
☐ Pursuing Violator                  ☐ Routine Patrol
☐ Other (Describe)

MV-104AN (7/11)                                              Page 2  of 4  Pages

Page 1 of 4 Pages

New York State Department of Motor Vehicles

# POLICE ACCIDENT REPORT (NYC)
## MV-104AN (7/11)

Precinct **073**

Accident No. **MV-2024-073-000090**

Complaint Number

☑ *AMENDED REPORT*

| Accident Date | | | Day of Week | MilitaryTime | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene ☐ | Left Scene ☐ | Police Photos ☐ Yes ☑ No |
|---|---|---|---|---|---|---|---|---|---|---|
| Month **1** | Day **27** | Year **2024** | **SATURDAY** | **12:15** | **3** | **0** | **0** | Reconstructed ☐ | | |

### VEHICLE 1
☑ VEHICLE 2  ☐ BICYCLIST  ☐ PEDESTRIAN  ☐ OTHER PEDESTRIAN

VEHICLE 1- Driver License ID Number **378023192** — State of Lic. **NY**

Driver Name -exactly as printed on license **JEUDY, TEDDY**

Address (Include Number & Street) **116-001 197 STREET** — Apt. No.

City or Town **QUEENS** — State **NY** — Zip Code **11412**

| Date of Birth | | | Sex | Unlicensed | No. of Occupants | Public Property Damaged |
|---|---|---|---|---|---|---|
| Month **3** | Day **10** | Year **1989** | **M** | ☐ | **1** | ☐ |

Name—exactly as printed on registration **JARVIS, DONNELLE, D** — Sex **M**

Date of Birth: Month / Day / Year

Address (Include Number & Street) **938 EAST 87 STREET** — Apt. No. — Haz. Mat Code — Released ☐

City or Town **BROOKLYN** — State **NY** — Zip Code

Plate Number **JJB8666** — State of Reg. **NY** — Vehicle Year & Make **2019 FORD** — Vehicle Type **SW/SUV** — Ins. Code **743**

VEHICLE 2- Driver License ID Number **186859281** — State of Lic. **NY**

Driver Name - exactly as printed on license **BHIKHARIE, YVETTE, A**

Address (Include Number & Street) **7 LIVONIA AVENUE** — Apt. No. **423**

City or Town **BROOKLYN** — State **NY** — Zip Code **11212**

| Date of Birth | | | Sex | Unlicensed | No. of Occupants | Public Property Damaged |
|---|---|---|---|---|---|---|
| Month **10** | Day **6** | Year **1992** | **F** | ☐ | **1** | ☐ |

Name—exactly as printed on registration **BHIKHARIE, YVETTE, A** — Sex **F**

Date of Birth: Month **10** Day **6** Year **1992**

Address (Include Number & Street) **7 LIVONIA AVENUE** — Apt. No. **423** — Haz. Mat Code — Released ☐

City or Town **BROOKLYN** — State **NY** — Zip Code **11212**

Plate Number **KYK6604** — State of Reg. **NY** — Vehicle Year & Make **2019 HONDA** — Vehicle Type **SEDAN** — Ins. Code **383**

Ticket/Arrest Number(s)

Violation Section(s)

**Check if involved vehicle is:**
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

**VEHICLE 1 DAMAGE CODES**
| | 1 | 2 |
|---|---|---|
| Box 1 - Point of Impact / Box 2 - Most Damage | **1** | **1** |

Enter up to three more Damage Codes: 3 **18** 4 **18** 5 **18**

Vehicle Towed: By / To

**Check if involved vehicle is:**
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

**VEHICLE 2 DAMAGE CODES**
| | 1 | 2 |
|---|---|---|
| Box 1 - Point of Impact / Box 2 - Most Damage | **3** | **2** |

Enter up to three more Damage Codes: 3 **3** 4 **4** 5

Vehicle Towed: By / To

Circle the diagram below that describes the accident, or draw your own diagram in space #9. Number the vehicles.

| Rear End 1. | Left Turn 3. | Right Angle | Right Turn 5. | Head On 7. |
|---|---|---|---|---|
| Sideswipe (same direction) 2. | Left Turn 0. | 4. | Right Turn 6. | Sideswipe (opposite) 8. |

**ACCIDENT DIAGRAM**

DIAGRAM ATTACHED ON SUBSEQUENT PAGE

0 LEFT TURN (SAME DIR)

Cost of repairs to any one vehicle will be more than $1000.
☐ Unknown/Unable to Determine  ☑ Yes  ☐ No

**VEHICLE DAMAGE CODING:**

1-13. SEE DIAGRAM ON RIGHT.

14. UNDERCARRIAGE   17. DEMOLISHED
15. TRAILER         18. NO DAMAGE
16. OVERTURNED      19. OTHER

| Reference Marker | Coordinates (if available) |
|---|---|
| | Latitude/Northing: **40.664654** |
| | Longitude/Easting: **-73.916275** |

Place Where Accident Occurred: ☐ BRONX ☑ KINGS ☐ NEW YORK ☐ QUEENS ☐ RICHMOND

Road on which accident occurred **SARATOGA AVENUE** (Route Number or Street Name)

at 1) intersecting street _____ (Route Number or Street Name)

or 2) **5** Feet ☐ Miles  ☐ N ☑ S ☐ E ☐ W of **BLAKE AVENUE** (Milepost, Nearest Intersecting Route Number or Street Name)

Accident Description/Officer's Notes **AT TO, DRIVER 1 STATES WHILE WAITING FOR A VEHICLE TO FINISH TURNING RIGHT, DRIVER 1 BEGAN TO TURN LEFT AT INTERSECTION AND WHILE IN PROCESS OF TURNING, DRIVER 2 DECIDED TO ALSO TURN LEFT AND SUBSEQUENTLY COLLIDED WITH VEHICLE. DRIVER 2 STATES THAT DRIVER 1 WAS WAITING IN FRONT OF HER AND SHE DECIDED TO MAKE LEFT TURN AND THAT DRIVER 1 THEN SWERVED TO THE LEFT, CAUSING COLLISION AND SENDING DRIVER 2 INTO**

| | | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | BY | TO | 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | A | 1 | 1 | 4 | 1 | 34 | M | - | - | - | - | | - | | **JEUDY, TEDDY** | |
| L | B | 2 | 1 | 2 | 1 | 31 | F | - | - | - | - | | - | | **BHIKHARIE, YVETTE, A** | |

(ALL INVOLVED)

| Officer's Rank and Signature | Tax ID No. | NCIC No. | Precinct | Post/Sector | Reviewing Officer | Date/Time Reviewed |
|---|---|---|---|---|---|---|
| ▸ **PO** | **948562** | **03030** | **084** | | **SGT KARL E HANISCH** | **02/06/2024 04:38** |

Print Name in Full **RUSSELL L SCOTT**

Boxes on right margin: 19 - / 20 - / 21 - / 22 - / 23 4 / 24 4 / 25 3 / 26 13 / 27 1 / 28 1 / 29 1 / 30 1 (USE COVER SHEET) P

6/18/24, 11:44 AM                                        IMG_0843.jpg





63/2025 Order dated 4/25/25 filed 4/28/2025

**Make Checks Payable To:**

Physical Med And Rehab Of NY PC
PO Box 9242
Garden City, NY 11530-9242

| IF PAYING BY CREDIT CARD, FILL OUT BELOW | | |
|---|---|---|
| Check Card Using For Payment | | |
| ☐ American Express | ☐ Mastercard | ☐ Visa |
| Card Number | CVV | Amount |
| Signature | | Exp. Date |
| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
| 10/21/2024 | $0.00 | 0002000000041878 |
| SHOW AMOUNT PAID HERE $ | | |

**STATEMENT**

ADDRESSEE:
Yvette Bhikharie
7 Livonia Ave
Apt 423
Brooklyn, NY 11212

☐ Please check box if above address is incorrect or insurance
information has changed and indicate change(s) on reverse side.

REMIT TO:
Physical Med And Rehab Of NY PC
PO Box 9242
Garden City, NY 11530-9242

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| Date | Description Of Service | Amount | Insurance Balance | Patient Balance | Balance |
|---|---|---|---|---|---|
| 06/26/24 | ENCOUNTER FOR BHIKHARIE WITH NOCHE PT, GIRARD | | | | |
| 06/26/24 | 97110 (QTY 2.00) - Therapeutic exercises | $75.82 | | | |
| 09/13/24 | No Fault Payment | -$75.82 | | | |
| | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |
| 07/01/24 | ENCOUNTER FOR BHIKHARIE WITH NOCHE PT, GIRARD | | | | |
| 07/01/24 | 97112 - Neuromuscular reeducation | $37.15 | $7.92 | | |
| 09/20/24 | No Fault Payment | -$29.23 | | | |
| 07/01/24 | 97110 (QTY 2.00) - Therapeutic exercises | $75.82 | | | |
| 09/20/24 | No Fault Payment | -$75.82 | | | |
| 07/01/24 | 97164 - Pt re-evaluation | $30.28 | | | |
| 09/20/24 | No Fault Payment | -$30.28 | | | |
| | ENCOUNTER TOTAL | $7.92 | $7.92 | $0.00 | $7.92 |
| 07/11/24 | ENCOUNTER FOR BHIKHARIE WITH JAVELOSA PT, DESIREE | | | | |
| 07/11/24 | 97110 - Therapeutic exercises | $37.91 | | | |
| 10/01/24 | No Fault Payment | -$37.91 | | | |
| | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |
| 07/16/24 | ENCOUNTER FOR BHIKHARIE WITH MALOLOY-ON PT, MIRANETTE | | | | |
| 07/16/24 | 97110 - Therapeutic exercises | $37.91 | $37.91 | | |
| | ENCOUNTER TOTAL | $37.91 | $37.91 | $0.00 | $37.91 |
| 07/23/24 | ENCOUNTER FOR BHIKHARIE WITH MALOLOY-ON PT, MIRANETTE | | | | |
| 07/23/24 | 97110 (QTY 2.00) - Therapeutic exercises | $75.82 | $75.82 | | |
| | ENCOUNTER TOTAL | $75.82 | $75.82 | $0.00 | $75.82 |
| 07/26/24 | ENCOUNTER FOR BHIKHARIE WITH JAVELOSA PT, DESIREE | | | | |
| 07/26/24 | 97110 - Therapeutic exercises | $37.91 | $37.91 | | |
| | ENCOUNTER TOTAL | $37.91 | $37.91 | $0.00 | $37.91 |
| 08/07/24 | ENCOUNTER FOR BHIKHARIE WITH SAN JOSE PT, ANGELA | | | | |

| Account Number | Current | 30 Days | 60 Days | 90 Days | 120 Days | Total Account Balance |
|---|---|---|---|---|---|---|
| 0002000000041878 | $113.73 | $430.22 | $302.81 | $249.06 | $151.17 | $1,246.99 |

MESSAGE:
Patient Statements: Call 516-294-4590 x 1150 to pay by phone. Attorney Statements: Please refer to the
account balance and contact 516-294-4590 OPTION 2 for questions.

>>>> Continued

** PAYMENT DUE UPON RECEIPT *THANK YOU **
STATEMENT

PAGE: 7



Printed: 4/29/2025









**Allstate.**

You're in good hands.

Allstate needed to review the police report prior to moving forward. A storage mitigation letter was sent to Ms. Bhikharie in the event Allstate would accept fault for this loss.

On February 14, 2024, our insured uploaded a copy of the police report. The officer notes, in part:

> "Driver 1 (Mr. Jeudy) stated while waiting for a vehicle to finish turning right, Driver 1 began to turn left at intersection and while in process of turning, Driver 2 (Ms. Bhikharie) decided to also turn left and subsequently collided with Vehicle 1. Driver 2 states that Driver 1 was waiting in front of her and she decided to make left turn and that Driver 1 then swerved to the left, causing the collision and sending Driver 2 into a parked vehicle."

The following day, the adjuster contacted Ms. Bhikharie and advised that, based on the statements, police report, and photos of the physical damage, we were not finding our insured to be at fault for this loss and issued a denial letter.

On February 23, 2024, an additional review of the investigation was conducted. Allstate contacted Mr. Jeudy to clarify his loss facts. Mr. Jeudy provided his loss facts, which were consistent with his initial statement. Mr. Jeudy advised that he did not see Ms. Bhikharie prior to the impact and was unable to avoid it.



Case 1:25-cv-05588-RPK-PCG   Document 1   Filed 10/02/25   Page 25 of 68 PageID #: 25











## Blake Ave & Saratoga Ave

Brooklyn, NY 11212 · 0.3 mi

Intersection

7/28/25, 3:47 PM



# AFTER VISIT SUMMARY

 **JAMAICA HOSPITAL MEDICAL CENTER**

**Yvette A. Bhikharie**  MRN: 1984163

📅 2/3/2024  ♀ JHMC EMERGENCY ROOM 718-206-6000

## Instructions

 **Your medications have changed**

⊘ START taking:
  **methocarbamol (ROBAXIN)**

  **Naproxen (NAPROSYN)**

**Review your updated medication list below.**

 Read the attached information
1. Motor Vehicle Collision Injury  Adult  Easy-to-Read (English)
2. Head Injury  Adult  Easy-to-Read (English)

 Pick up these medications at JAMAICA RX, INC. - JAMAICA, NY - 89-36 VAN WYCK EXPRESSWAY

methocarbamol • Naproxen

Address:  89-36 Van Wyck Expressway, Jamaica NY 11418
Phone:   718-206-8515

 Follow up with David Dovnarsky, MD in 2 days (around 2/5/2024)
Specialty: Family Medicine
Contact: 133-03 JAMAICA AVE
        FAMILY MEDICINE
        Jamaica NY 11418
        718-657-7093

 Follow up with JHMC EMERGENCY ROOM
Why: If symptoms worsen or fail to improve.
Specialty: Emergency Medicine
Contact: 8900 Van Wyck Expressway
        Jamaica New York 11418
        718-206-6000

## Today's Visit

**You were seen by Trevor Jean-Jacques**

**Reason for Visit**
Motor Vehicle Crash

**Diagnosis**
Motor vehicle collision, initial encounter

**⅋ Lab Tests Completed**
POCT urine pregnancy

**𝌆 Imaging Tests**
CT head without contrast

**⅋ Medications Given**
Ketorolac (TORADOL) Last given at 12:29 PM

| Blood Pressure | Temperature (Oral) |
|---|---|
| **120/82** | **97.5 °F** |
| Pulse **87** | Respiration **16** |
| Oxygen Saturation **98%** | |

## What's Next

| | | |
|---|---|---|
| FEB 7 2024 | Contact Lens Fitting with Jonathan N Kruh **Wednesday February 7 2:20 PM** | TJH AXEL OPHTHALMOLOGY 134-20 JAMAICA AVE JAMAICA NY 114°8 718-206-5900 |

## MediSys MyChart
View your After Visit Summary and more online at https://mychart.medisys.org/mychart/.

Yvette A. Bhikharie (MRN: 1984163) • Printed by Nathali C at 2/3/2024  1:54 PM          Page 1 of 16  Epic

https://mail.google.com/mail/u/0/#inbox?projector=1

4/10/25, 4:58 PM

**INCIDENT INFORMATION SLIP**
PD 351-161 (Rev. 02-23)

Date: 1/26/24

(718) 495-5411
(Telephone No.)

Welcome to 73rd
(Command)                    (Address)

We hope that your business with us was handled satisfactorily. Your particular matter has been assigned the following number(s):

Complaint Report No.:                    Accident Report No.: 2024-73-0090  Aided Report No.:

Reported to: PO  Scott          9604          Date of Occurrence: 1/26/24    Time: 1215
(Rank)  (Name)         (Shield No.)

Location of Occurrence: Saratoga Ave + Blake Ave.

Crime: Motor Vehicle Accident

Please keep this report should you have to refer to this matter in the future. If you need any further assistance feel free to

contact us at telephone number: _____ . Please let us know if you have any suggestions on how we can

better serve you. As you may already know, we will provide you with a crime prevention survey of your residence or business.

Please ask for more information on this and other crime prevention initiatives. Our goal is to make you and your property safe.

**COURTESY — PROFESSIONALISM — RESPECT**

**REMEMBER: CALL "911" FOR EMERGENCIES ONLY!!!!**

IMG_1803.jpg

Yvette Bhikharie

7 Livonia ave apt 423 Brooklyn, NY 11212

718-564-3988

YvetteBhikharie@gmail.com


SUBJECT: Request for Amendment & Reclassification of Incident Report Hit-and-Run With Serious Physical Injury VTL § 600(2)(c)


To Whom It May Concern:


I am submitting this DD-5 Supplementary Report to request an official amendment to the original accident/police report filed on January 27,2024 involving a hit-and-run motor vehicle collision at or near Saratoga Ave and Blake Ave. I was the victim in this incident. At the time the report was filed, the extent of my physical injuries had not yet fully manifested or been medically documented.

However, I am now submitting medical evidence that confirms I sustained serious physical injury under New York State Penal Law § 10.00(10),

including 1. Ongoing mobility issues.

2. Chronic pain Herniated discs, nerve damage, long-term physical therapy.

I am requesting this case be:

1. Amended to reflect the accurate narrative and classification,

specifically: 1. The other driver fled the scene and had to be flagged down by witnesses. 2. The crash resulted in serious physical injury requiring long-term care. 2. Reclassified as a felony under VTL § 600(2)(c) Leaving the scene of an accident with serious physical injury.

I am attaching the following documentation in support: 1. Certified medical records.

2. Photos of the scene of the hit-and run.

I am also formally requesting this DD-5 be reviewed by the Collision Investigation Squad or the assigned detective, and that the matter be referred to the District Attorney's Vehicular Crimes Unit for possible prosecution.


Please contact me at 718-564-3988 or YvetteBhikharie@gmail.com if further information is required.

Sincerely,

Yvette Bhikharie

*Yvette Bhikharie*

Dated: July 28, 2025



Allstate Fire and Casualty Insurance Company
PO BOX 660636
DALLAS TX 75266

YVETTE BHIKHARIE
7 LIVONIA AVEAPT423
BROOKLYN NY 11212

February 15, 2024

INSURED: DONNELLE JARVIS
DATE OF LOSS: January 27, 2024
CLAIM NUMBER: 0745017160 ZRD

PHONE NUMBER: 516-357-0208
FAX NUMBER: 866-447-4293
OFFICE HOURS:

POLICY NUMBER: 000943750469

## We made a decision on your claim

Dear YVETTE BHIKHARIE,

We're committed to assessing each claim quickly and fairly.

After careful investigation, we've determined that our insured was not legally responsible for the accident. As a result, we won't be making any payment. Our decision is based on the following:

Based on your vehicle coming from behind our insured vehicle and colliding with them at a high rate of speed. Based on this information we have come to the decision above.

Please call me if you want to discuss this decision or you need further information.

Should you wish to take this matter up with the New York State Department of Financial Services, you may file with the Department either on its website at http://www.dfs.ny.gov/consumer/fileacomplaint.htm or by writing to the Consumer Assistance Unit, New York State Department of Financial Services, at: One State Street, New York, NY 10004; One Commerce Plaza, Albany NY 12257; 1399 Franklin Avenue, Garden City, NY 11530; or 535 Washington Street, Suite 305, Buffalo, NY 14203..

Sincerely,

*ROBERT DOUD*

ROBERT DOUD
516-357-0208
Allstate Fire and Casualty Insurance Company



1000020240215TR008003144001001005051

 **Allstate.**
You're in good hands.

*Allstate Fire and Casualty Insurance Company*
*PO BOX 660636*
*DALLAS TX 75266-0636*

YVETTE BHIKHARIE
7 LIVONIA AVEAPT423
BROOKLYN NY 11212

February 27, 2024

INSURED: DONNELLE JARVIS
DATE OF LOSS: January 27, 2024
CLAIM NUMBER: 0745017160 WDK'

PHONE NUMBER: 347-524-3571
FAX NUMBER: 866-447-4293
OFFICE HOURS:

## Re: Vehicle Storage Fees

Vehicle Owner Name: Yvette Bhikharie
Vehicle: 2019 Honda Civic
VIN: 19XFC2F63KE041385
Storage Facility Name: National Auto
Address: 1328 Utica Ave, Bklyn NY 11203
Phone Number: 347-533-4040

Dear YVETTE BHIKHARIE,

I'm writing to confirm the completed inspection of your vehicle. I have attempted to reach you by phone but have been unsuccessful in my attempts. Allstate Fire and Casualty Insurance Company is in the process of completing the investigation of your claim. Once the investigation is completed, we will contact you and let you know whether we will make a partial or complete payment for the damage to your vehicle.

It is unfortunate to hear about your untimely accident and would like to assist you in making the claims process as painless as possible. It is our understanding that your vehicle is accruing daily storage charges at National Auto Coll, which charges $55 (max coverage) per day. Please keep in mind that as the vehicle's owner, you are responsible for mitigating or minimizing your damages, such as vehicle storage charges and we will not be able to pay for towing and storage fees incurred after 2/29/2024. I recommend you move your vehicle to a free-storage location to avoid unnecessary or unreasonable charges.

Please contact me at your earliest convenience so we may discuss moving your vehicle.

I would be happy to discuss any aspect of this claim with you. If you have any questions, please feel free to call me at the number listed below and refer to your claim number 0745017160.

Sincerely,

*DANIEL KELLY*

DANIEL KELLY
347-524-3571
Allstate Fire and Casualty Insurance Company

AUTP045    0745017160 WDK



1000020240227TR009000376001001000566

 **Allstate** *Allstate Fire and Casualty Insurance Company*
You're in good hands. *PO BOX 660636*
*DALLAS TX 75266*

YVETTE BHIKHARIE
7 LIVONIA AVEAPT423
BROOKLYN NY 11212


February 27, 2024

| | |
|---|---|
| INSURED: DONNELLE JARVIS | PHONE NUMBER: 516-357-0208 |
| DATE OF LOSS: January 27, 2024 | FAX NUMBER: 866-447-4293 |
| CLAIM NUMBER: 0745017160 ZRD | OFFICE HOURS: |

POLICY NUMBER: 000943750469

## Re: Your Claim Status

Dear YVETTE BHIKHARIE,

We have carefully examined the circumstances surrounding this accident and have sufficient information to make a decision regarding this claim.

Please keep in mind that we are only obliged to pay claims when our insured is legally responsible.

We have found that our insured was only partially responsible for the accident. As a result, we will be able to pay 30% of your $14,874.08 Property claim, in the amount of $4,462.22 for the following reasons:

Our insured was the lead vehicle with greater control of roadway. Your vehicle attempted to pass our insured on the left while traveling at an unsafe speed. This caused the vehicles to collide as we began to make our turn. Based on this information we have come to the decision above.

This offer is made without prejudice and without admitting liability. Please call me at 516-357-0208, Ext.  if you disagree and want to discuss my decision.

Should you wish to take this matter up with the New York State Department of Financial Services, you may file with the Department either on its website at http://www.dfs.ny.gov/consumer/fileacomplaint.htm or by writing to the Consumer Assistance Unit, New York State Department of Financial Services, at: One State Street, New York, NY 10004; One Commerce Plaza, Albany NY 12257; 1399 Franklin Avenue, Garden City, NY 11530; or 535 Washington Street, Suite 305, Buffalo, NY 14203.

0745017160 ZRD



4000020240227TR009004290001002006290

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF KINGS

------------------------------------------------------------------ x

YVETTE BHIKHARIE                                    AFFIRMATION IN OPPOSITION

                              Petitioner,    Index No: 000326/2025

          -against-

THE CITY OF NEW YORK and THE NEW YORK
CITY POLICE DEPARTMENT

                              Respondents.

------------------------------------------------------------------ x

NATALIE DOUEK, an attorney admitted to practice in the State of New York and an Assistant

Corporation Counsel of the City of New York in the office of MURIEL GOODE-TRUFANT,

Corporation Counsel of the City of New York, the attorney of record for Defendant, THE CITY

OF NEW YORK and NEW YORK CITY POLICE DEPARTMENT (hereinafter referred to as

"City") affirms under the penalties of perjury under the laws of New York, which may include a

fine or imprisonment, that the following is true, and I understand that this document may be filed

in an action or proceeding in a court of law.

1. This affirmation is submitted on behalf of Defendants in opposition to pro-se YVETTE

   BHIKHARIE's (hereinafter referred to as "Petitioner") motion for (1) compelling

   Defendants to amend and expunge a police report and (2) seeking sanctions against City.

2. City opposed the unsubstantiated claims that City's behavior is capricious and violation of

   any statute. City also opposes the request to amend or expunge a police report. This is an

   improper request. All request to amend a police report must be made to the precinct where

the report is filed. If thirty (30) days has lapsed since the filing of the police report, requests should be made to the Department of Motor Vehicle, a New York State agency.

3. The City opposes Petitioner's frivolous motion for sanctions against the City. Under the CPLR §130-1.1, Courts can impose sanctions **in any civil action or proceeding** if parties engage in frivolous conduct. Frivolous conduct is deemed frivolous under the same CPLR if they are completely without merit in law and cannot be supported by a reasonable; (2) it is undertaken primarily to delay or prolong the resolution of the litigation, or to harass or maliciously injure another; or (3) it asserts material factual statements that are false. Id.

4. Here, there is no civil action or proceeding. Under CPLR §304, an action commences by filing the summons and complaint or summons with notice with the County Clerk and purchasing an index number. There is no record of a Summons or Complaint even being filed for this case. Moreover, Petitioner claims that this is the first time she is requesting such relief.

5. Moreover, this request for sanctions is completely meritless and Petitioner fails to prove that the City's action amount anywhere near the standard stated above.

6. Under this same CPLR, parties seeking sanctions for baseless and meritless reasons can be sanctioned under the same rule. CPLR§ states frivolous conduct shall include the making of a frivolous motion for costs or sanctions under this section. In determining whether the conduct undertaken was frivolous, the court shall consider, among other issues the (1) circumstances under which the conduct took place, including the time available for investigating the legal or factual basis of the conduct; and (2) whether or not the conduct

was continued when its lack of legal or factual basis was apparent, should have been apparent, or was brought to the attention of counsel or the party.

**WHEREFORE,** it is respectfully requested that Plaintiff's motion be denied in its entirety and for such and further relief as this Court may deem just and proper.

Dated: Brooklyn, New York
      June 26, 2025

Respectfully Submitted,

NATALIE DOUEK
Assistant Corporation Counsel
718-834-4554

TO:
YVETTE BHIKHARIE
Pro-Se Petitioner
7 Livonia Avenue, Apt 423
Brooklyn, New York 11212
Via Certified Mail Service

At an I.A.S. Trial Term, Part 20 of the Supreme Court of the State of New York, held in and for the County of Kings, at the Courthouse, located at Civic Center, Borough of Brooklyn, City and State of New York, on the 2 day of July 20 25

P R E S E N T :

Hon. Lisa Lewis

**Justice**

Yvette Bhikharie

**Plaintiff(s)**

Cal. No. 10

Index No. 326/2025

- against-

The City of New York, New York City Police Department

**Defendant(s)**

The following papers numbered 1 to          read on this motion          **Papers Numbered**

Notice of Motion - Order to Show Cause
and Affidavits (Affirmations) Annexed _____
Answering Affidavit (Affirmation) _____
Reply Affidavit (Affirmation) _____
_____ Affidavit (Affirmation) _____
Pleadings- Exhibits _____
Stipulations - Minutes _____
Filed Papers _____

After oral arguments, Petitioner's motion is denied. This is an improper proceeding for relief sought.

**For Clerks use only**

MG _____

MD _____ ✓

Motion Seq. # 2

2025 JUL -7 P 2: 28

KINGS COUNTY CLERK FILED

E N T E R

J.S.C.

HON. LISA LEWIS

EJV-rev 1-23

Printed: 7/16/202

**CitiMed**

Complete Medical Care
Injury Doctors
www.citimedny.com

JFK Bldg 78A, North Boundary Road, Jamaica, NY 11430
Tel: (718) 656-9500/ Fax: (718) 656-9503 .

100-05 Roosevelt Ave. Suite 102, Corona, NY 11368
Tel: (718) 446-0002/Fax: (718) 898-3632

55 Green Ave. Suite LLB, Brooklyn, NY 11238
Tel: (718) 398-7777/ Fax: (718)399-7777

92-18 165th Street, Jamaica, NY 11433
Tel: (718) 725-0044/ Fax: (718) 725-0880

65-55 Woodhaven Blvd, 2ⁿᵈ fl, Rego Park, NY 113
Tel: (718) 255-6615/Fax: (718) 255-13⁹

14 Mamaroneck Ave, 2ⁿᵈ fl, White Plains, NY 106(
Tel: (914) 949-5555/Fax: (914) 993-33:

1963 Grand Concourse, 2ⁿᵈ fl, Bronx, NY 104!
Tel: (718) 466-4600/Fax: (718) 466-1¦(

910 E Gun Hill Rd, Bronx, NY 104(
Tel: (718) 882-8500/Fax: (718) 882-44(

127 East 107 Street, New York, NY 10029
Tel: (212) 534-1500/Fax: (212) 860-8538

2367 Westchester Ave, Bronx, NY 10462
Tel: (718) 597-2900/Fax: (718) 597-2902

**Today's Date:** __08__ / __29__ / __2025__
　　　　　　　　　Month　　Day　　Year

**Patient Name:** _____ YVETTE BHIKHARIE _____    **Date of Accident:** __01__ / __27__ / __2024__
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Month　　Day
Year

To whom it may concern;

Please be advised that Ms. Bhikharie was seen in office due to their motor vehicle related injury sustained on 01/27/2024 accident. She was found 100% temporarily impaired. Her follow up appointment is tentatively scheduled on 09/26//2025.

**Diagnostic Impression:**
- Headache.
- Cervical spine sprain/strain.
- Thoracic spine sprain/strain.
- Lumbar spine sprain/strain.
- Right shoulder sprain/strain.
- Left shoulder sprain/strain.

**Prognosis:**

- Guarded for any questions regarding this matter, please contact us at the number below.

Sincerely, CitiMed Woodhaven

_Dunreath Andrew NP_

_____

E.Dunreath Family Nurse Practitioner



## OPERATIVE REPORT

**PATIENT NAME: BHIKHARIE, YVETTE**

**MEDICAL RECORD NUMBER: 43886**

**DATE OF PROCEDURE: 11/08/2024**

**SURGEON:** Jesu Jacob, DO

**PREOPERATIVE DIAGNOSIS:** Left shoulder bursitis, impingement syndrome, partial rotator cuff tear.

**POSTOPERATIVE DIAGNOSIS:** Left shoulder bursitis, impingement syndrome, partial rotator cuff tear, biceps tendinitis, type I superior labrum anterior and posterior tear, adhesive capsulitis, villonodular synovitis, and extensive bursitis.

**PROCEDURES PERFORMED:** Left shoulder arthroscopy, arthroscopic extensive debridement, debridement of biceps tendinitis, debridement of type I superior labrum anterior and posterior tear, debridement of partial articular-sided rotator cuff tear, arthroscopic synovectomy of all major compartments of the shoulder requiring separate incision, extensive bursectomy, and arthroscopic lysis of adhesions.

**ASSISTANT:** Raj Sharma, RPA-C

**ANESTHESIA:** Interscalene block with sedation.

**ESTIMATED BLOOD LOSS:** Minimal.

**FINDINGS:** Biceps tenosynovitis with no instability; type I SLAP tear; partial articular-sided rotator cuff tear, approximately 10% of insertion; villonodular synovitis that appeared to be incarcerating and impinging on range of motion; and extensive bursitis.

**COMPLICATIONS:** None.

**INDICATIONS FOR SURGERY:** Ms. Bhikharie is a 32-year-old female who was involved in a motor vehicle accident. As a result of this accident, the patient suffered a traumatic injury to her left shoulder. Clinical examination and standard images revealed left shoulder bursitis, impingement syndrome, and partial rotator cuff tear. Her symptoms have been refractory to conservative measures including physical therapy and anti-inflammatories. She is now indicated for a left shoulder arthroscopy, possible rotator cuff repair, and all indicated procedures. The risks, benefits, and alternatives to the procedure were explained to the patient. These risks include, but are not limited to bleeding, infection, nerve damage, blood vessel damage, chance for worsening pain, chance for retearing of anything that is repaired, chance of the progression of arthritis, chance for progression of partial tears, chance for persistent pain, chance for persistent swelling, chance for persistent stiffness, chance for clicking in the shoulder, chance for instability, even chance of further surgical intervention up to including any kind of repeat shoulder arthroscopy, any kind of open procedures up to including any kind of

92-12 165th Street • Jamaica, NY 11433 • T: 718-571-9595 F: 718-571-960

Page 2

PATIENT NAME:  BHIKHARIE, YVETTE
MEDICAL RECORD NUMBER:  43886
DATE OF PROCEDURE:  11/08/2024

arthroplasty procedure in the future.  Postoperative risks were also explained to the patient. These risks include, but are not limited to possible development of clots, DVTs, pneumonias, heart attacks, strokes, pulmonary embolism, and even death.  The patient understood all these risks and wished to proceed with the procedure.

**DESCRIPTION OF PROCEDURE:**  Ms. Bhikharie was brought to the operating room on November 8, 2024, where she was placed in a beach-chair position after interscalene block was administered.  Preoperative antibiotics were administered intravenously.  The left shoulder was then prepped and draped in a standard sterile fashion.  Appropriate laterality was established with official use of time-out procedure.  At this point, a standard shoulder arthroscopy was undertaken.

An incision was made slightly inferior and medial to the posterolateral border of the acromion. The arthroscope was inserted into the glenohumeral joint.  An anterior portal was established directly beneath the biceps tendon.  The diagnostic arthroscopy was undertaken.  At this time, there was tenosynovitic tissue seen over the intra-articular course of the biceps.  This was debrided with the use of a shaver and arthroscopic wand.  At this point, the biceps was probed into the joint and away from the joint.  There was no evidence of significant instability seen in the bicipital groove or the superior labral complex.  There was evidence of a type I SLAP tear seen in the superior labral area.  This was also debrided with the use of shaver and arthroscopic wand.  The remaining labrum appeared to be within normal limits.  The chondral surfaces of the humerus and glenoid appeared to be within normal limits.

At this point, the arm was abducted and externally rotated, and there was partial articular-sided fraying seen of the supraspinatus.  This was approximately 10% of the insertion.  This was also debrided with the use of a shaver and arthroscopic wand.  This completed the debridement and synovectomy portion of the operation.  After this was done, adhesions were seen around the middle glenohumeral ligament and through the rotator interval region.  Using arthroscopic wand, an arthroscopic lysis of adhesions was performed.  There was severe synovitis seen throughout the glenohumeral joint.  This appeared to be hyperemic and proliferative in nature and also appeared to be a source of pain as this was incarcerating and impinging on range of motion.  A complete glenohumeral synovectomy was performed with the use of a shaver and arthroscopic wand.

After this was done, the arthroscope was removed from the glenohumeral joint and placed into the subacromial space.  Using the anterior portal, a complete subacromial bursectomy was performed as there was severe bursitis seen in this region.  The acromiohumeral distance appeared to be within normal limits, and there was no reason to perform an acromioplasty.  At this point, there was severe synovitis seen in the subacromial space and AC joint compartment. An accessory lateral incision was utilized to gain access into the subacromial space, and a complete subacromial synovectomy was performed.  This was done with the use of a shaver and arthroscopic wand.  Synovitis here also appeared to be incarcerating and impinging on range of motion.  After the synovectomy was completed, there was no evidence of any impinging or incarcerating tissue with range of motion.  At this point, the bursal side of the rotator cuff was visualized and this appeared to be within normal limits.  There was no evidence of any significant tearing.  Subdeltoid adhesions were lysed when they were seen and found. This was done with the use of arthroscopic wand.  This completed the arthroscopic lysis of adhesions of all the compartments of the shoulder.  This also completed the major synovectomy of all compartments of the shoulder.  At this point, a biplanar extensive bursectomy was

*92-12 165th Street ● Jamaica, NY 11433 ● T: 718-571-9595 F: 718-571-960*

**Page 3**

PATIENT NAME: BHIKHARIE, YVETTE
MEDICAL RECORD NUMBER: 43886
DATE OF PROCEDURE: 11/08/2024

performed. This was carried out from the front and back of the shoulder and over the lateral side of the shoulder.

After this was done, the arthroscopic instruments were removed from the shoulder. A 4-0 Monocryl suture was used to close the arthroscopic portals. A dry dressing was applied on the left shoulder. The patient was then reversed from anesthesia. The patient tolerated the procedure well and was transferred to the recovery room in stable condition.

Raj Sharma, RPA-C, was present for the entire operation. He was present for the approach, definitive surgery, and closure. His assistance was essential for the successful completion of the operation. He was especially vital with regards to arthroscopic instrumentation handling and body positioning. This surgery met the indications of having a surgical assistant.

_____
Jesu Jacob, DO
Electronically reviewed and signed by Jesu Jacob, DO on 11/13/2024 3:05:41 PM
DD: 11/08/2024 03:01:41 PM
DT: 11/08/2024 11:59:38 PM

MOP/4373331/O

**Vitals**

**Vital Signs**

Name: YVETTE BHIKHARIE
DOB: 10/06/1992     Recorded: 04-Aug-2025 09:21 am

| | |
|---|---|
| Systolic | 120, LUE, Sitting |
| Diastolic | 82, LUE, Sitting |
| Height | 5 ft 7 in |
| Weight | 145 lb |
| BMI Calculated | 22.71 kg/m2 |
| BSA Calculated | 1.76 m2 |
| Temperature | 97.1 F, Temporal |
| Heart Rate | 81 |
| O2 Saturation | 98 %, Room Air |
| FiO2 Flow Rate | 0 L/min, Room Air |
| LMP | 26Jul2025 |

**Physical Exam**

**Constitutional:** no acute distress.
**Pulmonary:** no respiratory distress.
**Neurological:** no focal deficits.
**Psychiatric:** oriented to person, place, and time.
**Lymphatics:**

**Assessment**

OAB (overactive bladder) (596.51) (N32.81)

Ms. Bhikarie presents for follow up.

h/o OAB
The patient has exhibited at least 1 year of urgency, frequency despite behavioral modification and trials with 2 medications: oxybutynin, Myrbetriq. The patient would like to proceed with peripheral nerve evaluation (PNE) for SNM assessment.

I will arrange for the procedure. I have spent 20 minutes of time on the encounter which excludes teaching and separately reported services.

**End of Visit**

Electronically signed by : SAMIR DERISAVIFARD, MD; Aug 4 2025 12:57PM Eastern Standard Time (Author)

**Date of Visit: 06/30/2025**

Page 2 of 3

Name: YVETTE BHIKHARIE

DOB: 10/06/1992

| | am |
|---|---|
| Systolic | 116, LUE, Sitting |
| Diastolic | 76, LUE, Sitting |
| Height | 5 ft 7 in |
| Weight | 150 lb |
| BMI Calculated | 23.49 kg/m2 |
| BSA Calculated | 1.79 m2 |
| Temperature | 96.8 F, Temporal |
| Heart Rate | 80 |
| O2 Saturation | 98 %, Room Air |
| FiO2 Flow Rate | 0 L/min, Room Air |

**Physical Exam**

**Constitutional:** well developed and well nourished.
**Pulmonary:** no respiratory distress.
**Lymphatics:**

**Assessment**
OAB (overactive bladder) (596.51) (N32.81)
Bladder pain (788.99) (R39.89)
Bacteriuria (791.9) (R82.71)

Ms. Bhikharie presents for follow up

h/o OAB, bladder pain
poorly tolerated oxybutynin 2/2 severe dry mouth

h/o UTI s/p Bactrim
Denies UTI sxs today

Recommendations
-stop oxybutynin ER 10 mg
-continue 1st line bladder pain strategies
-start Myrbetriq 50
-RTC 1 mo

Patient is being seen today for evaluation and management of a chronic and longitudinal ongoing condition and I am of the primary treating physician.

**End of Visit**

**Plan**
**OAB (overactive bladder)**
Start: Mirabegron ER 50 MG Oral Tablet Extended Release 24 Hour (Myrbetriq); Take 1 tablet daily
**Urinary frequency**
Stop: oxyBUTYnin Chloride ER 10 MG Oral Tablet Extended Release 24 Hour

Electronically signed by : SAMIR DERISAVIFARD, MD; Jun 30 2025 11:01AM Eastern Standard Time (Author)

# ROTHSCHILD COUNSELING

## INITIAL ASSESSMENT AND DIAGNOSTIC IMPRESSION

Client:  Yvette Bhikharie (YB09542)                                      Birth Date:    10/06/1992

Insurer(s):                    HealthFirst

Intake      02/20/2025      Staff          Salihah Hughson, LMHC (NPI: 1447755038); Diamond Melendez,
Date:                        Member(s):     LLMHC (NPI: 1851154041); Olga Rothschild, LMHC (NPI: 1609187236)
                                            ; Kency Vitale, LMHC (NPI: 1639686587)

Referral Source(s):    Word of mouth                           Case #

**Diagnostic Impressions:**

| Classification | Diagnosis code | Diagnosis description |
| --- | --- | --- |
| Primary | 296.33 (F33.2) Major Depressive Disorder, Recurrent episode, Severe | |
| Secondary | 300.02 (F41.1) Generalized Anxiety Disorder | |
| Tertiary | 309.81 (F43.10) Post Traumatic Stress Disorder | |
| Quaternary | | |

**Client's initial explanation of the problem(s), duration and precipitant cause:**
The client presented with depression on level 10 where 10 indicates the sum of the number of symptoms marked in depression section with no suicidal risk in connection to life problems, constant pain in body from past surgery, PTSD from car accident,
, anxiety on level 10 where 10 indicates level of distress in connection to stressor ( in connection to past PTSD with car accident resulting in major life surgery and

PTSD/trauma symptoms on a level 10 (living with the long term effects of a Car accident a year ago, January 27th of 2024. Client has to go to physical therapy since the accident. Client was the only one in the car at the time. SUD Nightmares = 10/10, SUD serious physical injury = 10/10 ),

Client is seeking therapy to address depression, anxiety, PTSD and to seek support in processing and reducing stress

**Therapist's observations of Client's Presentation and Family Interactions:**
The client demonstrates strong insight into her situation and actively engages in self-reflection. She is an effective communicator, expressing her thoughts and emotions with clarity and openness. Additionally, she is highly committed to improving her mental health, consistently showing motivation and willingness to engage in therapeutic strategies for personal growth. She is also committed to taking care of her kids.

63/2025 Order dated 4/25/25 filed 4/28/2025

**Make Checks Payable To:**

Physical Med And Rehab Of NY PC
PO Box 9242
Garden City, NY 11530-9242

STATEMENT

ADDRESSEE:
IııIIıııIIııIIıııIIıııIII
Yvette Bhikharie
7 Livonia Ave
Apt 423
Brooklyn, NY 11212

☐ Please check box if above address is incorrect or insurance
information has changed and indicate change(s) on reverse side.

| IF PAYING BY CREDIT CARD, FILL OUT BELOW | | |
|---|---|---|
| Check Card Using For Payment | | |
| ☐ American Express | ☐ Mastercard | ☐ Visa |
| Card Number | CVV | Amount |
| Signature | | Exp. Date |
| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
| 10/22/2024 | $0.00 | 0002000000041878 |
| SHOW AMOUNT PAID HERE $ | | |

REMIT TO:
IııIIıııIIııIIıııIIıııIII
Physical Med And Rehab Of NY PC
PO Box 9242
Garden City, NY 11530-9242

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| Date | Description Of Service | Amount | Insurance Balance | Patient Balance | Balance |
|---|---|---|---|---|---|
| 03/26/24 | ENCOUNTER FOR BHIKHARIE WITH KHAKHAR MD, GAUTAM | | | | |
| 03/26/24 | 99204 - Office/outpatient visit new | $203.76 | | | |
| 05/14/24 | No Fault Payment | -$203.76 | | | |
| | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |
| 03/26/24 | ENCOUNTER FOR BHIKHARIE WITH MALOLOY-ON PT, MIRANETTE | | | | |
| 03/26/24 | 97014 - Electric stimulation therapy | $25.40 | | | |
| 05/14/24 | No Fault Payment | -$25.40 | | | |
| 03/26/24 | 97010 - Hot or cold packs therapy | $5.25 | | | |
| 05/14/24 | No Fault Payment | -$5.25 | | | |
| 03/26/24 | 97161 - PT Eval - Low Complex 20 min | $90.44 | | | |
| 05/14/24 | No Fault Payment | -$90.44 | | | |
| | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |
| 03/27/24 | ENCOUNTER FOR BHIKHARIE WITH JAVELOSA PT, DESIREE | | | | |
| 03/27/24 | 97110 - Therapeutic exercises | $37.91 | | | |
| 05/15/24 | No Fault Payment | -$37.91 | | | |
| 03/27/24 | 97010 - Hot or cold packs therapy | $5.25 | | | |
| 05/15/24 | No Fault Payment | -$5.25 | | | |
| 03/27/24 | 97112 - Neuromuscular reeducation | $37.15 | | | |
| 05/15/24 | No Fault Payment | -$37.15 | | | |
| 03/27/24 | 97014 - Electric stimulation therapy | $25.40 | | | |
| 05/15/24 | No Fault Payment | -$25.40 | | | |
| | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |
| 04/03/24 | ENCOUNTER FOR BHIKHARIE WITH SAN JOSE PT, ANGELA | | | | |
| 04/03/24 | 97010 - Hot or cold packs therapy | $5.25 | | | |
| 05/21/24 | No Fault Payment | -$5.25 | | | |
| 04/03/24 | 97110 - Therapeutic exercises | $37.91 | | | |
| 05/21/24 | No Fault Payment | -$37.91 | | | |
| 04/03/24 | 97014 - Electric stimulation therapy | $25.40 | | | |
| 05/21/24 | No Fault Payment | -$25.40 | | | |
| 04/03/24 | 97112 - Neuromuscular reeducation | $37.15 | | | |

| Account Number | Current | 30 Days | 60 Days | 90 Days | 120 Days | Total Account Balance |
|---|---|---|---|---|---|---|
| 0002000000041878 | $113.73 | $430.22 | $302.81 | $249.06 | $151.17 | $1,246.99 |

MESSAGE:
Patient Statements: Call 516-294-4590 x 1150 to pay by phone. Attorney Statements: Please refer to the
account balance and contact 516-294-4590 OPTION 2 for questions.

>>>> Continued

** PAYMENT DUE UPON RECEIPT *THANK YOU **
STATEMENT

PAGE: 1

⑭

Printed: 4/29/2025

63/2025 Order dated 4/25/25 filed 4/28/2025

**Make Checks Payable To:**

Physical Med And Rehab Of NY PC
PO Box 9242
Garden City, NY 11530-9242

| IF PAYING BY CREDIT CARD, FILL OUT BELOW |
| --- |
| Check Card Using For Payment |

☐ American Express  ☐ Mastercard  ☐ VISA Visa

| Card Number | . | CVV | Amount |
| --- | --- | --- | --- |
| Signature | | Exp. Date | |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
| --- | --- | --- |
| 10/22/2024 | $0.00 | 0002000000041878 |

**SHOW AMOUNT PAID HERE $**

**STATEMENT**

ADDRESSEE:
||..||..||..||..||..||..||..||..||..||.||
Yvette Bhikharie
7 Livonia Ave
Apt 423
Brooklyn, NY 11212

☐ Please check box if above address is incorrect or insurance
information has changed and indicate change(s) on reverse side.

REMIT TO:
||..||..||..||..||..||..||..||..||.||
Physical Med And Rehab Of NY PC
PO Box 9242
Garden City, NY 11530-9242

**PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT**

| Date | Description Of Service | | Amount | Insurance Balance | Patient Balance | Balance |
| --- | --- | --- | --- | --- | --- | --- |
| 07/24/24 | No Fault Payment | | -$127.41 | | | |
| | | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| 04/30/24 | ENCOUNTER FOR BHIKHARIE WITH NOCHE PT, GIRARD | | | | | |
| 04/30/24 | 97112 - Neuromuscular reeducation | | $37.15 | | | |
| 06/14/24 | No Fault Payment | | -$37.15 | | | |
| 04/30/24 | 97110 (QTY 2.00) - Therapeutic exercises | | $75.82 | | | |
| 06/14/24 | No Fault Payment | | -$75.82 | | | |
| | | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| 05/06/24 | ENCOUNTER FOR BHIKHARIE WITH SAN JOSE PT, ANGELA | | | | | |
| 05/06/24 | 97110 (QTY 2.00) - Therapeutic exercises | | $75.82 | | | |
| 07/02/24 | No Fault Payment | | -$75.82 | | | |
| 05/06/24 | 97112 - Neuromuscular reeducation | | $37.15 | | | |
| 07/02/24 | No Fault Payment | | -$37.15 | | | |
| | | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| 05/07/24 | ENCOUNTER FOR BHIKHARIE WITH MALOLOY-ON PT, MIRANETTE | | | | | |
| 05/07/24 | 97110 (QTY 2.00) - Therapeutic exercises | | $75.82 | | | |
| 07/02/24 | No Fault Payment | | -$75.82 | | | |
| | | ENCOUNTER TOTAL, | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| 05/13/24 | ENCOUNTER FOR BHIKHARIE WITH SAN JOSE PT, ANGELA | | | | | |
| 05/13/24 | 97112 - Neuromuscular reeducation | | $37.15 | $37.15 | | |
| 05/13/24 | 97164 - Pt re-evaluation | | $30.28 | $30.28 | | |
| 05/13/24 | 97110 (QTY 2.00) - Therapeutic exercises | | $75.82 | $75.82 | | |
| | | ENCOUNTER TOTAL | $143.25 | $143.25 | $0.00 | $143.25 |
| | | | | | | |
| 05/21/24 | ENCOUNTER FOR BHIKHARIE WITH MALOLOY-ON PT, MIRANETTE | | | | | |
| 05/21/24 | 97110 (QTY 2.00) - Therapeutic exercises | | $75.82 | | | |
| 07/24/24 | No Fault Payment | | -$75.82 | | | |
| | | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |

| Account Number | Current | 30 Days | 60 Days | 90 Days | 120 Days | Total Account Balance |
| --- | --- | --- | --- | --- | --- | --- |
| 0002000000041878 | $113.73 | $430.22 | $302.81 | $249.06 | $151.17 | $1,246.99 |

**MESSAGE:**
Patient Statements: Call 516-294-4590 x 1150 to pay by phone. Attorney Statements: Please refer to the account balance and contact 516-294-4590 OPTION 2 for questions.

>>>> Continued

** PAYMENT DUE UPON RECEIPT **THANK YOU **
STATEMENT

PAGE: 4

(17)

Printed: 4/29/2025

**Make Checks Payable To:**

Physical Med And Rehab Of NY PC
PO Box 9242
Garden City, NY 11530-9242

| IF PAYING BY CREDIT CARD, FILL OUT BELOW |
|---|
| Check Card Using For Payment |

☐ American Express  ☐ Mastercard  ☐ Visa

| Card Number | | CVV | Amount |
|---|---|---|---|
| Signature | | | Exp. Date |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 10/22/2024 | $0.00 | 0002000000041878 |
| SHOW AMOUNT PAID HERE $ | | |

STATEMENT

ADDRESSEE:
Illlllllllllllllllllllllllllll
Yvette Bhikharie
7 Livonia Ave
Apt 423
Brooklyn, NY 11212

☐ Please check box if above address is incorrect or insurance
information has changed and indicate change(s) on reverse side.

REMIT TO:
Illlllllllllllllllllllllllllllll
Physical Med And Rehab Of NY PC
PO Box 9242
Garden City, NY 11530-9242

**PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT**

| Date | Description Of Service | Amount | Insurance Balance | Patient Balance | Balance |
|---|---|---|---|---|---|
| 09/18/24 | ENCOUNTER FOR BHIKHARIE WITH SALOMON, PT, EDILOR | | | | |
| 09/18/24 | 97110 - Therapeutic exercises | $37.91 | $37.91 | | |
| 09/18/24 | 97164 - Pt re-evaluation | $38.20 | $38.20 | | |
| | ENCOUNTER TOTAL | $76.11 | $76.11 | $0.00 | $76.11 |
| 09/20/24 | ENCOUNTER FOR BHIKHARIE WITH TORRES PT, ANA MARGARITA | | | | |
| 09/20/24 | 97110 - Therapeutic exercises | $37.91 | $37.91 | | |
| | ENCOUNTER TOTAL | $37.91 | $37.91 | $0.00 | $37.91 |
| 10/02/24 | ENCOUNTER FOR BHIKHARIE WITH MALOLOY-ON PT, MIRANETTE | | | | |
| 10/02/24 | 97110 - Therapeutic exercises | $37.91 | $37.91 | | |
| | ENCOUNTER TOTAL | $37.91 | $37.91 | $0.00 | $37.91 |
| 10/04/24 | ENCOUNTER FOR BHIKHARIE WITH SALOMON, PT, EDILOR | | | | |
| 10/04/24 | 97110 (QTY 2.00) - Therapeutic exercises | $75.82 | $75.82 | | |
| | ENCOUNTER TOTAL | $75.82 | $75.82 | $0.00 | $75.82 |

| Account Number | Current | 30 Days | 60 Days | 90 Days | 120 Days | Total Account Balance |
|---|---|---|---|---|---|---|
| 0002000000041878 | $113.73 | $430.22 | $302.81 | $249.06 | $151.17 | $1,246.99 |

**MESSAGE:**
Patient Statements: Call 516-294-4590 x 1150 to pay by phone. Attorney Statements: Please refer to the
account balance and contact 516-294-4590 OPTION 2 for questions.

| Please Pay This |
|---|
| AMOUNT >>>> $0.00 |

** PAYMENT DUE UPON RECEIPT *THANK YOU **
STATEMENT                                                                                    PAGE: 9



Printed: 4/29/2025

**Make Checks Payable To:**

Physical Med And Rehab Of NY PC
PO Box 9242
Garden City, NY 11530-9242

| IF PAYING BY CREDIT CARD, FILL OUT BELOW |
|---|
| Check Card Using For Payment |

☐ American Express  ☐ Mastercard  ☐ Visa

| Card Number | CVV | Amount |
|---|---|---|
| Signature | | Exp. Date |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 10/22/2024 | $0.00 | 0002000000041878 |

**SHOW AMOUNT PAID HERE $**

**STATEMENT**

ADDRESSEE:
ⅠⅠⅠⅠⅠⅠⅠⅠⅠⅠⅠⅠⅠⅠⅠⅠⅠⅠⅠⅠⅠⅠⅠ
Yvette Bhikharie
7 Livonia Ave
Apt 423
Brooklyn, NY 11212

REMIT TO:
ⅠⅠⅠⅠⅠⅠⅠⅠⅠⅠⅠⅠⅠⅠⅠⅠⅠⅠⅠⅠⅠⅠⅠⅠⅠ
Physical Med And Rehab Of NY PC
PO Box 9242
Garden City, NY 11530-9242

☐ Please check box if above address is incorrect or insurance
information has changed and indicate change(s) on reverse side.

**PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT**

| Date | Description Of Service | Amount | Insurance Balance | Patient Balance | Balance |
|---|---|---|---|---|---|
| 06/07/24 | ENCOUNTER FOR BHIKHARIE WITH SALOMON, PT, EDILOR | | | | |
| 06/07/24 | 97110 (QTY 2.00) - Therapeutic exercises | $75.82 | | | |
| 08/12/24 | No Fault Payment | -$75.82 | | | |
| | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/10/24 | ENCOUNTER FOR BHIKHARIE WITH SAN JOSE PT, ANGELA | | | | |
| 06/10/24 | 97110 (QTY 2.00) - Therapeutic exercises | $75.82 | | | |
| 08/26/24 | No Fault Payment | -$75.82 | | | |
| | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/13/24 | ENCOUNTER FOR BHIKHARIE WITH MALOLOY-ON PT, MIRANETTE | | | | |
| 06/13/24 | 97110 (QTY 2.00) - Therapeutic exercises | $75.82 | | | |
| 08/27/24 | No Fault Payment | -$75.82 | | | |
| | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/17/24 | ENCOUNTER FOR BHIKHARIE WITH MALOLOY-ON PT, MIRANETTE | | | | |
| 06/17/24 | 97110 - Therapeutic exercises | $37.91 | | | |
| 09/05/24 | No Fault Payment | -$37.91 | | | |
| | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/18/24 | ENCOUNTER FOR BHIKHARIE WITH ARANAS PT, MA RENZY | | | | |
| 06/18/24 | 97110 - Therapeutic exercises | $37.91 | | | |
| 09/05/24 | No Fault Payment | -$37.91 | | | |
| | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/25/24 | ENCOUNTER FOR BHIKHARIE WITH ARANAS PT, MA RENZY | | | | |
| 06/25/24 | 97110 (QTY 2.00) - Therapeutic exercises | $75.82 | | | |
| 09/13/24 | No Fault Payment | -$75.82 | | | |
| | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/25/24 | ENCOUNTER FOR BHIKHARIE WITH KHAKHAR MD, GAUTAM | | | | |
| 06/25/24 | 99214 - Office/outpatient visit est | $127.41 | $127.41 | | |
| | ENCOUNTER TOTAL | $127.41 | $127.41 | $0.00 | $127.41 |

| Account Number | Current | 30 Days | 60 Days | 90 Days | 120 Days | Total Account Balance |
|---|---|---|---|---|---|---|
| 0002000000041878 | $113.73 | $430.22 | $302.81 | $249.06 | $151.17 | $1,246.99 |

MESSAGE:
Patient Statements: Call 516-294-4590 x 1150 to pay by phone. Attorney Statements: Please refer to the
account balance and contact 516-294-4590 OPTION 2 for questions.

>>>> Continued

\*\* PAYMENT DUE UPON RECEIPT \*THANK YOU \*\*
**STATEMENT**

PAGE:.6



**Make Checks Payable To:**

Physical Med And Rehab Of NY PC
PO Box 9242
Garden City, NY 11530-9242

| IF PAYING BY CREDIT CARD, FILL OUT BELOW | | |
|---|---|---|
| Check Card Using For Payment | | |
| ☐ American Express | ☐ Mastercard | ☐ VISA Visa |
| Card Number | CVV | Amount |
| Signature | | Exp. Date |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NBR |
|---|---|---|
| 10/21/2024 | $0.00 | 0002000000041878 |
| SHOW AMOUNT PAID HERE $ | | |

STATEMENT

ADDRESSEE:
Ilullllullulullullullulullulullullullullul
Yvette Bhikharie
7 Livonia Ave
Apt 423
Brooklyn, NY 11212

REMIT TO:
Ilullllullulullullullulullulullulullullull
Physical Med And Rehab Of NY PC
PO Box 9242
Garden City, NY 11530-9242

☐ Please check box if above address is incorrect or insurance
information has changed and indicate change(s) on reverse side.

**PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT**

| Date | Description Of Service | Amount | Insurance Balance | Patient Balance | Balance |
|---|---|---|---|---|---|
| 06/26/24 | **ENCOUNTER FOR BHIKHARIE WITH NOCHE PT, GIRARD** | | | | |
| 06/26/24 | 97110 (QTY 2.00) - Therapeutic exercises | $75.82 | | | |
| 09/13/24 | No Fault Payment | -$75.82 | | | |
| | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |
| 07/01/24 | **ENCOUNTER FOR BHIKHARIE WITH NOCHE PT, GIRARD** | | | | |
| 07/01/24 | 97112 - Neuromuscular reeducation | $37.15 | $7.92 | | |
| 09/20/24 | No Fault Payment | -$29.23 | | | |
| 07/01/24 | 97110 (QTY 2.00) - Therapeutic exercises | $75.82 | | | |
| 09/20/24 | No Fault Payment | -$75.82 | | | |
| 07/01/24 | 97164 - Pt re-evaluation | $30.28 | | | |
| 09/20/24 | No Fault Payment | -$30.28 | | | |
| | ENCOUNTER TOTAL | $7.92 | $7.92 | $0.00 | $7.92 |
| 07/11/24 | **ENCOUNTER FOR BHIKHARIE WITH JAVELOSA PT, DESIREE** | | | | |
| 07/11/24 | 97110 - Therapeutic exercises | $37.91 | | | |
| 10/01/24 | No Fault Payment | -$37.91 | | | |
| | ENCOUNTER TOTAL | $0.00 | $0.00 | $0.00 | $0.00 |
| 07/16/24 | **ENCOUNTER FOR BHIKHARIE WITH MALOLOY-ON PT, MIRANETTE** | | | | |
| 07/16/24 | 97110 - Therapeutic exercises | $37.91 | $37.91 | | |
| | ENCOUNTER TOTAL | $37.91 | $37.91 | $0.00 | $37.91 |
| 07/23/24 | **ENCOUNTER FOR BHIKHARIE WITH MALOLOY-ON PT, MIRANETTE** | | | | |
| 07/23/24 | 97110 (QTY 2.00) - Therapeutic exercises | $75.82 | $75.82 | | |
| | ENCOUNTER TOTAL | $75.82 | $75.82 | $0.00 | $75.82 |
| 07/26/24 | **ENCOUNTER FOR BHIKHARIE WITH JAVELOSA PT, DESIREE** | | | | |
| 07/26/24 | 97110 - Therapeutic exercises | $37.91 | $37.91 | | |
| | ENCOUNTER TOTAL | $37.91 | $37.91 | $0.00 | $37.91 |
| 08/07/24 | **ENCOUNTER FOR BHIKHARIE WITH SAN JOSE PT, ANGELA** | | | | |

| Account Number | Current | 30 Days | 60 Days | 90 Days | 120 Days | Total Account Balance |
|---|---|---|---|---|---|---|
| 0002000000041878 | $113.73 | $430.22 | $302.81 | $249.06 | $151.17 | $1,246.99 |

MESSAGE:
Patient Statements: Call 516-294-4590 x 1150 to pay by phone. Attorney Statements: Please refer to the
account balance and contact 516-294-4580 OPTION 2 for questions.

>>>> Continued

** PAYMENT DUE UPON RECEIPT *THANK YOU **
STATEMENT

PAGE: 7





## CitiMed
**Complete Medical Care**
*Injury Doctors*
www.citimednyc.com

JFK Bldg 78A, North Boundary Road, Jamaica, NY 11430
Tel: (718) 656-9500/ Fax: (718) 656-9503

100-05 Roosevelt Ave. Suite 102, Corona, NY 11368
Tel: (718) 446-0002/Fax: (718) 898-3632

55 Green Ave. Suite LLB, Brooklyn, NY 11238
Tel: (718) 398-7777/ Fax: (718)399-7777

92-18 165th Street, Jamaica, NY 11433
Tel: (718) 725-0031/ Fax: (718) 725-0880

127 East 107 Street, New York, NY 10029
Tel: (212) 534-1500/Fax: (212) 860-8539

2367 Westchester Ave, Bronx, NY 10462
Tel: (718) 597-2900/Fax: (718) 597-2902

65-55 Woodhaven Blvd, 2nd fl, Rego Park, NY 11374
Tel: (718) 255-6615/Fax: (718) 255-1394

14 Mamaroneck Ave, 2nd fl, White Plains, NY 10601
Tel: (914) 949-5355/Fax: (914) 993 3333

1963 Grand Concourse, 2nd fl, Bronx, NY 10451
Tel: (718) 466-4600/Fax: (718) 466-1100

910 E Gun Hill Rd, Bronx, NY 10469
Tel: (718) 882-8500/Fax: (718) 882-4400

---

**Today's Date://** 11   14   2024
Month Day   Year

**Patient Name:Date of Accident://**              Bhikharie Yvette              01   27   2024
Month Day   Year

To whom it may concern;

Please be advised that Bhikharie Yvette has been under my care for injuries sustained in a *motor vehicle-related accident. Please be advised that the patient had surgery on 11/08/24. Patient will return post-op in 2 weeks with the provider*
For any questions regarding this matter, please contact us at the number below.

Sincerely,          78A N. Boundary Rd
                    Jamaica, NY 11430
                    Tele 718-656-9500

**YELENA YAKUTILOVA PA-C**
**CITIMED JFK**
**718-656-9500**



**CitiMed**

1963 Grand Concourse, 2nd fl. Bronx, NY 10453
Tel: (718) 466-4600/Fax: (718) 466-1100

14 Mamaroneck Ave, 2nd fl. White Plains, NY 10601
Tel: (914) 949-5555/Fax: (914) 993-3333

910 E Gun Hill Rd Bronx, NY 10469
Tel: (718) 882-8500/Fax: (718) 882-4400

55 Green Ave. Suite LLB Brooklyn, NY 11238
Tel: (718) 398-7777/ Fax: (718)399-7777

JFK Airport Bldg. 14 Ste. 14A Jamaica, NY 11430
Tel: (718) 656-1245/Fax: (718) 725-0880

92-18 165th Street Jamaica, NY 11433
Tel: (718) 725-0044/ Fax: (718) 725-0880

JFK Airport Bldg. 75 Ste. 247-249 Jamaica, NY 11430
Tel: (718) 656-9500/ Fax: (718) 656-9503

**Patient: Yvette Bhikharie**
**Date:** 01/08/2025
**D.OA:** 01/27/2024

To Whom It May Concern:

Please be advised that Ms. **Yvette Bhikharie** is a patient under care at this facility for injuries suffered on 01/27/2024 . CESI injection and possible cervical spine surgery if symptoms persist. A new CSP MRI is pending.

The pain in the neck is rated 9/10 on the subjective pain scale and radiates to the upper extremities with numbness and tingling, left>right. The pain is persistent, stabbing and burning. Neck feels "heavy" and spastic. Simple motion, a minor extension induces the pain. There is no tolerance for lying in a flat position. The patient admits to physical limitations and struggles with basic ADLs, such as lifting, carrying, pushing, pulling objects more than 5-10 pounds.

At this time she is not fit for duty at 100% disabled.

If there are any questions, please feel free to contact the office at 718-656-9500.

Sincerely,

78A N. Boundary Rd
Jamaica, NY 11430
Tele: 718-656-9500

**Abhishek Kumar, MD**
**Orthopedist Spine Surgeon**



## CitiMed

65-55 Woodhaven Blvd. LL, Rego Park. NY 11374
Tel: (718) 275-2200 Fax: (718) 275-7800
www.citimedny.com

PATIENT NAME:        BHIKHARIE, YVETTE
DATE OF BIRTH:       10/06/1992
MRN #:               WDO26615
DATE OF SERVICE:     01/14/2025 10:00:39 AM
REFERRING PHYSICIAN: ABHISHEK KUMAR, MD

EXAM: MRI OF THE CERVICAL SPINE

INDICATION: 32-year-old female with a history of trauma with neck pain.

TECHNIQUE: MRI of the cervical spine was performed using multiplanar and multisequence imaging.

FINDINGS: There is straightening of the cervical spine. The vertebral bodies outline normally. The marrow signal does not demonstrate any evidence of infiltrative or destructive marrow process. The cervical spinal cord demonstrates a normal course, caliber, and signal intensity. The visualized paravertebral soft tissues are grossly unremarkable.

C2-C3, C6-C7 and C7-T1: There is no evidence of disc herniation. The neural foramina are patent. The facet joints are within normal limits.

C3-C4: There is a disc herniation exerting pressure on the thecal sac. The neural foramina are patent. The facet joints are within normal limits.

C4-C5: There is a posterocentral disc herniation exerting pressure on the thecal sac. The neural foramina are patent. The facet joints are within normal limits.

C5-C6: There is a disc herniation, more prominent centrally exerting pressure on the thecal sac. The neural foramina are patent. The facet joints are within normal limits.

IMPRESSION:

1. Disc herniations exerting pressure on the thecal sac, C3-C4, C4-C5 and C5-C6.
2. Straightening of the cervical spine suggesting muscle spasm.

Thank you for the opportunity to participate in the care of this patient.



## CitiMed

**Complete Medical Care**
*Injury Doctors*
*www.citimedny.com*

JFK Bldg 78A, North Boundary Road, Jamaica, NY 11430
Tel: (718) 656-9500/ Fax: (718) 656-9503

100-05 Roosevelt Ave. Suite 102, Corona, NY 11368
Tel: (718) 446-0002/Fax: (718) 898-3632

55 Green Ave. Suite LLB, Brooklyn, NY 11238
Tel: (718) 398-7777/ Fax: (718)399-7777

92-18 165th Street, Jamaica, NY 11433
Tel: (718) 725-0044/ Fax: (718) 725-0880

127 East 107 Street, New York, NY 10029
Tel: (212) 534-1500/Fax: (212) 860-8538

2367 Westchester Ave, Bronx, NY 10462
Tel: (718) 597-2900/Fax: (718) 597-2902

65-55 Woodhaven Blvd, 2nd fl, Rego Park, NY 11374
Tel: (718) 255-6615/Fax: (718) 255-1394

14 Mamaroneck Ave, 2nd fl, White Plains, NY 10601
Tel: (914) 949-5555/Fax: (914) 993-3333

1963 Grand Concourse, 2nd fl, Bronx, NY 10453
Tel: (718) 466-4600/Fax: (718) 466-1100

910 E Gun Hill Rd, Bronx, NY 10469
Tel: (718) 882-8500/Fax: (718) 882-4400

**Today's Date://** 10   31   2024
Month Day      Year

**Patient Name:Date of Accident://**          Yvette Bhikharie          01   27   2024
Month Day      Year

To whom it may concern;

Please be advised that Yvette Bhikharie has been under my care for injuries sustained in a motor-related accident. *Patient was seen today by Yelena Yakutilova for medical clearance. Please be advised patient is not fit for duty and will be having left shoulder arthroscopy surgery with DR. Jesu Jacob on 11/08/24.*
For any questions regarding this matter, please contact us at the number below.

Sincerely,

**YELENA YAKUTILOVA PA-C**
**CITIMED JFK**
**718-656-9500**



**CitiMed**

---

65-55 Woodhaven Blvd, LL, Rego Park, NY 11374
Tel: (718) 275-2200 Fax: (718) 275-7800
www.citimedny.com

---

| | |
|---|---|
| **PATIENT NAME:** | **BHIKHARIE, YVETTE** |
| **DATE OF BIRTH:** | **10/06/1992** |
| **MRN #:** | **WDO26615** |
| **DATE OF SERVICE:** | **01/14/2025 10:00:39 AM** |
| **REFERRING PHYSICIAN:** | **ABHISHEK KUMAR, MD** |

**EXAM:** MRI OF THE CERVICAL SPINE

**INDICATION:** 32-year-old female with a history of trauma with neck pain.

**TECHNIQUE:** MRI of the cervical spine was performed using multiplanar and multisequence imaging.

**FINDINGS:** There is straightening of the cervical spine. The vertebral bodies outline normally. The marrow signal does not demonstrate any evidence of infiltrative or destructive marrow process. The cervical spinal cord demonstrates a normal course, caliber, and signal intensity. The visualized paravertebral soft tissues are grossly unremarkable.

C2-C3, C6-C7 and C7-T1: There is no evidence of disc herniation. The neural foramina are patent. The facet joints are within normal limits.

C3-C4: There is a disc herniation exerting pressure on the thecal sac. The neural foramina are patent. The facet joints are within normal limits.

C4-C5: There is a posterocentral disc herniation exerting pressure on the thecal sac. The neural foramina are patent. The facet joints are within normal limits.

C5-C6: There is a disc herniation, more prominent centrally exerting pressure on the thecal sac. The neural foramina are patent. The facet joints are within normal limits.

**IMPRESSION:**

1. **Disc herniations exerting pressure on the thecal sac, C3-C4, C4-C5 and C5-C6.**
2. **Straightening of the cervical spine suggesting muscle spasm.**

Thank you for the opportunity to participate in the care of this patient.



## CitiMed
**Complete Medical Care**
**Injury Doctors**
www.citimedny.com

JFK Bldg 78A, North Boundary Road, Jamaica. NY 11430
Tel: (718) 656-9500/ Fax: (718) 656-9503

100-05 Roosevelt Ave. Suite 102, Corona, NY 11368
Tel: (718) 446-0002/Fax: (718) 898-3632

55 Green Ave. Suite LLB. Brooklyn. NY 11238
Tel: (718) 398-7777/ Fax: (718)399-7777

92-18 165th Street, Jamaica. NY 11433
Tel: (718) 725-0044/ Fax: (718) 725-0880

127 East 107 Street, New York, NY 10029
Tel: (212) 534-1500/Fax: (212) 860-8538

2367 Westchester Ave. Bronx, NY 10462
Tel: (718) 597-2900/Fax: (718) 597-2902

65-55 Woodhaven Blvd, 2ⁿ fl. Rego Park, NY 11374
Tel. (718) 255-6615/Fax: (718) 255-1394

14 Mamaroneck Ave. 2ⁿᵈ fl. White Plains, NY 10601
Tel: (914) 949-5555/Fax: (914) 993-3333

1963 Grand Concourse 2ᵈ fl. Bronx. NY 10453
Tel. (718) 466-4600/Fax: (718) 466-1100

910 E Gun Hill Rd, Bronx, NY 10469
Tel: (718) 882-8500/Fax: (718) 882-4400

---

**Today's Date:** 02 / 21 / 2025
Month  Day  Year

**Patient Name:** Yvette Bhikhaire

**Date of Accident:** 01 / 27 / 2024
Month  Day  Year

To whom it may concern;

Please be advised that Ms. Yvette Bhikhaire has been under my care for injuries She sustained in a Motor Vehicle-related accident. She was evaluated 02/21/2025 and was found 100% temporarily impaired. Her follow up appointment is tentatively scheduled for 4-5 weeks.

## Diagnostic Impression:
- Headache
- Cervical Spine /sprain /strain
- Thoracic Spine Sprain / Strain
- Lumbar Spine Sprain / Strain
- Right Shoulder Sprain / Strain
- Left Shoulder Sprain / Strain

## Prognosis:

- Guarded

For any questions regarding this matter. please contact us at the number below.

Sincerely, CitiMed Woodhaven

E Dunreath Anderson Family Nurse Practitioner

Typed but not proofread

*Fn - next accounts time with Kumar*



**CitiMed**
*Complete Medical Care*
*Injury Doctors*
*www.citimedny.com*

JFK Bldg 78A, North Boundary Road, Jamaica, NY 11430
Tel: (718) 656-9500/ Fax: (718) 656-9503

100-05 Roosevelt Ave. Suite 102, Corona, NY 11368
Tel: (718) 446-0002/Fax: (718) 898-3632

55 Green Ave. Suite LLB, Brooklyn, NY 11238
Tel: (718) 398-7777/ Fax: (718)399-7777

92-18 165th Street, Jamaica, NY 11433
Tel: (718) 725-0044/ Fax: (718) 725-0880

127 East 107 Street, New York, NY 10029
Tel: (212) 534-1500/Fax: (212) 860-8538

2367 Westchester Ave, Bronx, NY 10462
Tel: (718) 597-2900/Fax: (718) 597-2902

65-55 Woodhaven Blvd, 2ed fl, Rego Park, NY 11374
Tel: (718) 255-6615/Fax: (718) 255-1394

14 Mamaroneck Ave, 2nd fl, White Plains, NY 10601
Tel: (914) 949-5555/Fax: (914) 993-3333

1963 Grand Concourse, 2nd fl, Bronx, NY 10453
Tel: (718) 466-4600/Fax: (718) 466-1100

910 E Gun Hill Rd, Bronx, NY 10469
Tel: (718) 882-8500/Fax: (718) 882-4400

## PHYSICAL THERAPY / OCCUPATIONAL THERAPY REFERRAL

PATIENT NAME: _Yvette Bhikharie_     TODAY'S DATE: _1_._8_._25_
                                                    Month  Day  Year

DIAGNOSIS: _Cervl disc heniation_

PRECAUTIONS/CONTRAINDICATIONS: _____

Weight bearing:

FREQUENCY  (2) (③) (4)  X  A WEEK  _6_  WEEK/S          _____ NWB  _✓_ FWB  _____ PWBAT

_✓_ EVAULATE AND TREAT

GOALS: _✓_ ✦ PAIN  _✓_ ✦ ROM  _✓_ ✦ STRENGTH  _____ ✦ SWELLING  _✓_ IMPROVE FUNCTION

### MODALITITES
_____ US
_____ TENS
_____ PARAFFIN BATH

_____ MOIST HEAT
_____ ICE
_____ ELECTRICAL STIM

_____ TRACTION _____ LBS
_____ INTERFERENTIAL
_____ AT THE THERAPIST'S DISCRETION

### MANUAL THERAPIES
_✓_ GENTLE MASSAGE
_✓_ MYOFACIAL RELEASE
_✓_ JOINT MOBILIZATION

_✓_ ISOMETRIC STABILIZATION
_____ CERVICAL
_____ LUMBAR

_✓_ STRETCHING

### EXERCISES
_✓_ ROM
_____ ISOMETRICS
_____ MCKENZIE EXTENSION EXERCISE
_✓_ BIOMECHANICS TRAINING
_____ BAPS/BALANCE EXERCISE
_✓_ STRENGTHENING EXERCISES
_✓_ THERAPEUTIC EXERCISE
_____ GAIT TRAINING/AMBULATION
_____ MET (MUSCLE ENERGY TECHIQUES)
_____ FLEXIBILITY EXERCISE

_____ MET (MUSCLE ENERGY TECHIQUES)
_✓_ STRETCHING (FUNCTIONAL)
_✓_ HOME EXERCISE PROGRAM
_____ POSTURAL CORRECTION EXERCISE
_____ WILLIAMS FLEXION EXERCISE
_____ PNF
_____ PROPRIOCIPTION TRAINING EXERCISES
_____ ENDURANCE EXERCISE
_____ PLYOMITRICS

SPECIFIC INSTRUCTIONS: _____

M.D.



# Oasis
## Financial

Lindsay Hemmer
P: (888) 529-1253 x2134
F: (847) 521-4391
lhemmer@oasisfinancial.com

**VIA Email**

yvettebhikharie@gmail.com

**4/10/2025**

Yvette Bhikharie

7 Livonia Ave Apt 423

Brooklyn, NY 11212

RE:    **Payoff for**     **Yvette Bhikharie**

        Oasis ID No.:     P-AE-NY-1479223

        Date Of Loss:     01/27/2024

        Amount Due:     $24,022.80 (valid until valid until May 08, 2025)

Dear Yvette Bhikharie:

Yvette Bhikharie entered into one or more purchase agreement(s) with Oasis dated March 8, 2024; April 16, 2024; September 12, 2024; and November 8, 2024. Pursuant to the purchase agreement(s) between Yvette Bhikharie and Oasis, the amount due as of April 17, 2025 is $24,022.80.

The amount due is not inclusive of any additional funding(s) received on, or after April 17, 2025. Please note that the amount due will increase to **$24,841.80 on May 09, 2025** and will continue to increase until received according to the following:

| Change Date | Amount Due |
|---|---|
| Current | $24,022.80 |
| 05/09/2025 | $24,841.80 |
| 06/09/2025 | $25,646.80 |
| 07/17/2025 | $26,061.80 |

**Please send payoff to**

Attn: Controller
**OASIS LEGAL FINANCE LLC**
PO BOX 773383
CHICAGO IL 60677-3383
Oasis Tax ID No.: 331033375
PLEASE INCLUDE THE OASIS CASE ID
NO. P-AE-NY-1479223 ON ALL CHECKS



Sign Up For The Attorney Portal.
To see payoff amounts and make payments online, contact us today for access today.

Version 1.23



**CitiMed**

*Complete Medical Care*
*Injury Doctors*
*www.citimedny.com*

JFK Bldg 78A, North Boundary Road, Jamaica, NY 11430
Tel: (718) 656-9500/ Fax: (718) 656-9503

100-05 Roosevelt Ave. Suite 102, Corona, NY 11368
Tel: (718) 446-0002/Fax: (718) 898-3632

55 Greene Ave. Suite LLB, Brooklyn, NY 11238
Tel: (718) 398-7777/ Fax: (718)399-7777

92-18 165th Street, Jamaica, NY 11433
Tel: (718) 725-0044/ Fax: (718) 725-0880

127 East 107 Street, New York, NY 10029
Tel: (212) 534-1500/Fax: (212) 860-8538

2367 Westchester Ave, Bronx, NY 10462
Tel: (718) 597-2900/Fax: (718) 597-2902

65-55 Woodhaven Blvd, 2nd fl, Rego Park, NY 11374
Tel: (718) 255-6615/Fax: (718) 255-1394

14 Mamaroneck Ave, 2nd fl, White Plains, NY 10601
Tel: (914) 949-5555/Fax: (914) 993-3333

1963 Grand Concourse, 2nd fl, Bronx, NY 10453
Tel: (718) 466-4600/Fax: (718) 466-1100

910 E Gun Hill Rd, Bronx, NY 10469
Tel: (718) 882-8500/Fax: (718) 882-4400

## SPECIALTY CONSULTATION REQUEST

___ PHYSIATRY (PMR)

✓ PAIN MANAGEMENT

___ ORTHOPAEDICS

___ OPTHALMOLOGY

___ NEUROLOGY

___ CARDIOLOGY

___ GENERAL SURGERY

___ INTERNAL MEDICINE

___ PSYCHOLOGY

___ PODIATRY

___ PSYCHIATRY

1/28/25 @ 10:30pm
Dr. Goodstein

1/28/25 @ 12 pm
PA Jacob

___ ENDOCRINOLOGY

___ INFECTIOUS DISEASE

___ NEPHROLOGY

___ DERMATOLOGY

___ RHEUMATOLOGY

___ OMFS

___ SPEECH THERAPY

___ OTOLARYNGOLOGY

___ PLASTIC SURGERY

___ UROLOGY

___ VASCULAR SURGERY

___ GASTROENTEROLOGY

BEFORE REPORT

___ EMG/NCV; ___ UE/ ___ LE  REASON: _____

___ OTHER: _____

___ SPECIFIC PROCEDURE: CES

PATIENT'S NAME: BHIKHARIE YVETTE      DOB: 10 / 06 / 1992
                                           Month   Day   Year

TODAY'S DATE: 9  08, 25      AGE: 32    GENDER:   MALE ___ / FEMALE ✓
             Month  Day  Year

DIAGNOSIS: _____

REQUESTED BY DR: Umar

## MENTAL STATUS EXAM:

- **Appearance:** n/a interview conducted over phone
- **Attitude:** cooperative
- **Psychomotor Activity:** n/a interview conducted over phone
- **Speech:** Normal
- **Mood:** anxious
- **Affect:** n/a interview conducted over phone
- **Thought Process:** goal directed
- **Delusions:** None
- **Hallucinations:** None
- **Self Perception:** None
- **Suicidal:** No
- **Homicidal:** No
- **Cognitive Exam: (Consciousness):** Alert
- **Orientation:** oriented to time, place, and person
- **Insight:** Fair
- **Judgment:** Fair
- **Impulse control: (At Present):** Intact
- 

## ASSESSMENT:

Patient is a 31-year-old ·American female with a past psychiatric history of anxiety and past significant medical history of MVA accident (January 27, 2024) who was referred to the clinic by her primary care physician for anxiety. Patient endorses symptoms of anxiety. She endorses some symptoms of PTSD like flashbacks, avoidance, feelings of guilt and sleep disturbance for greater than 1 month. More symptoms need to be explored. Patient endorses some symptoms of depression like sad mood, trouble sleeping, trouble concentrating and feelings of guilt but denies any overt symptoms of depression. Patient denies any current suicidal or homicidal ideation intent or plan. Patient denies any symptoms of mania or psychosis. Collateral: no safety concerns. At this time patient is not at increased risk of danger to self and others. Patient's symptoms can be managed on an outpatient basis.

**Prognosis:** Guarded

**Unspecified Anxiety Disorder**
**Rule out PTSD**



**CitiMed**

14 Mamaroneck Ave, 2nd fl. White Plains, NY 10601
Tel: (914) 949-5555/Fax: (914) 993-3333

JFK Airport Bldg. 14 Ste. 14A Jamaica, NY 11430
Tel: (718) 656-1245/Fax: (718) 725-0880

910 E Gun Hill Rd Bronx, NY 10469
Tel: (718) 882-8500/Fax: (718) 882-4400

92-18 165th Street Jamaica, NY 11433
Tel: (718) 725-0044/ Fax: (718) 725-0880

1963 Grand Concourse, 2nd fl. Bronx, NY 10453
Tel: (718) 466-4600/Fax: (718) 466-1100

55 Green Ave. Suite LLB Brooklyn, NY 11238
Tel: (718) 398-7777/ Fax: (718)399-7777

JFK Airport Bldg. 75 Ste. 247-249 Jamaica, NY 11430
Tel: (718) 656-9500/ Fax: (718) 656-9503

**Patient: Yvette Bhikharie**
**Date: 01/08/2025**
**D.OA: 01/27/2024**

To Whom It May Concern:

Please be advised that Ms. **Yvette Bhikharie** is a patient under care at this facility for injuries suffered on 01/27/2024 . CESI injection and possible cervical spine surgery if symptoms persist. A new CSP MRI is pending.

The pain in the neck is rated 9/10 on the subjective pain scale and radiates to the upper extremities with numbness and tingling, left>right. The pain is persistent, stabbing and burning. Neck feels "heavy" and spastic. Simple motion, a minor extension induces the pain. There is no tolerance for lying in a flat position. The patient admits to physical limitations and struggles with basic ADLs, such as lifting, carrying, pushing, pulling objects more than 5-10 pounds.

At this time she is not fit for duty at 100% disabled.

If there are any questions, please feel free to contact the office at 718-656-9500.

Sincerely,

78A N. Boundary Rd
CitiMed Jamaica, NY 11430
Tele: 718-656-9500

**Abhishek Kumar, MD**
Orthopedist Spine Surgeon

i





**CitiMed**

Complete Medical Care
Injury Doctors
www.citimedny.com

JFK Bldg 78A, North Boundary Road, Jamaica, NY 11430
Tel: (718) 656-9500/ Fax: (718) 656-9503

100-05 Roosevelt Ave. Suite 102, Corona, NY 11368
Tel: (718) 446-0002/Fax: (718) 898-3632

55 Green Ave. Suite LLB, Brooklyn, NY 11238
Tel: (718) 398-7777/ Fax: (718)399-7777

92-18 165th Street, Jamaica, NY 11433
Tel: (718) 725-0044/ Fax: (718) 725-0880

127 East 107 Street, New York, NY 10029
Tel: (212) 534-1500/Fax: (212) 860-8538

2367 Westchester Ave, Bronx, NY 10462
Tel: (718) 597-2900/Fax: (718) 597-2902

65-55 Woodhaven Blvd, 2nd fl. Rego Park, NY 11374
Tel: (718) 255-6615/Fax: (718) 255-1394

14 Mamaroneck Ave, 2nd fl, White Plains, NY 10601
Tel: (914) 949-5555/Fax: (914) 993-3333

1963 Grand Concourse, 2nd fl, Bronx, NY 10453
Tel: (718) 466-4600/Fax: (718) 466-1100

910 E Gun Hill Rd, Bronx, NY 10469
Tel: (718) 882-8500/Fax: (718) 882-4400

**Today's Date:** 02 / 21 / 2025
Month    Day    Year

**Patient Name:** Yvette Bhikhaire    **Date of Accident:** 01 / 27 / 2024
Month    Day    Year

To whom it may concern;

Please be advised that Ms. Yvette Bhikhaire has been under my care for injuries She sustained in a Motor Vehicle-related accident. She was evaluated 02/21/2025 and was found 100% temporarily impaired. Her follow up appointment is tentatively scheduled for 4-5 weeks.

**Diagnostic Impression:**
- Headache
- Cervical Spine /sprain /strain
- Thoracic Spine Sprain / Strain
- Lumbar Spine Sprain / Strain
- Right Shoulder Sprain / Strain
- Left Shoulder Sprain / Strain

**Prognosis:**
- Guarded

For any questions regarding this matter, please contact us at the number below.

Sincerely, CitiMed Woodhaven

E Dunreath Anderson Family Nurse Practitioner

Typed but not proofread



**JAMAICA HOSPITAL MEDICAL CENTER**

# AFTER VISIT SUMMARY
## Yvette A. Bhikharie MRN: 1984163

📅 2/3/2024  📍 JHMC EMERGENCY ROOM 718-206-6000

## Instructions

 Your medications have changed

🔵 START taking.
**methocarbamol (ROBAXIN)**

**Naproxen (NAPROSYN)**

**Review your updated medication list below.**

 Read the attached information
1. Motor Vehicle Collision Injury Adult Easy-to-Read (English)
2. Head Injury Adult Easy-to-Read (English)

 Pick up these medications at JAMAICA RX, INC. - JAMAICA, NY - 89-36 VAN WYCK EXPRESSWAY

methocarbamol • Naproxen

Address: 89-36 Van Wyck Expressway, Jamaica NY 11418
Phone:  718-206-8515

 Follow up with David Dovnarsky. MD in 2 days (around 2/5/2024)
Specialty: Family Medicine
Contact: 133-03 JAMAICA AVE
FAMILY MEDICINE
Jamaica NY 11418
718-657-7093

 Follow up with JHMC EMERGENCY ROOM
Why: If symptoms worsen or fail to improve.
Specialty: Emergency Medicine
Contact: 8900 Van Wyck Expressway
Jamaica New York 11418
718-206-6000

## Today's Visit
**You were seen by Trevor Jean-Jacques**

**Reason for Visit**
Motor Vehicle Crash

**Diagnosis**
Motor vehicle collision, initial encounter

 **Lab Tests Completed**
POCT urine pregnancy

🔬 **Imaging Tests**
CT head without contrast

⚗ **Medications Given**
Ketorolac (TORADOL) Last given at 12:29 PM

| | |
|---|---|
| Blood Pressure **120/82** | Temperature (Oral) **97.5 °F** |
| Pulse **87** | Respiration **16** |
| Oxygen Saturation **98%** | |

## What's Next

**FEB 7 2024**  Contact Lens Fitting with Jonathan N Kruh
**Wednesday February 7 2:20 PM**

TJH AXEL
OPHTHALMOLOGY
134-20 JAMAICA AVE
JAMAICA NY 11418
718-206-5900

## MediSys MyChart
View your After Visit Summary and more online at https://mychart.medisys.org/mychart/.

Yvette A. Bhikharie (MRN: 1984163) • Printed by Nathali C at 2/3/2024 1:54 PM        Page 1 of 16  **Epic**

## CitiMed

**Complete Medical Care**
**Injury Doctors**
www.citimedny.com

JFK Bldg 78A, North Boundary Road, Jamaica, NY 11430
Tel: (718) 656-9500/ Fax: (718) 656-9503

100-05 Roosevelt Ave. Suite 102, Corona, NY 11368
Tel: (718) 446-0002/Fax: (718) 898-3632

55 Green Ave. Suite LLB, Brooklyn, NY 11238
Tel: (718) 398-7777/ Fax: (718)399-7777

92-18 165th Street, Jamaica, NY 11433
Tel: (718) 725-0044/ Fax: (718) 725-0880

127 East 107 Street, New York, NY 10029
Tel: (212) 534-1500/Fax: (212) 860-8538

2367 Westchester Ave, Bronx, NY 10462
Tel: (718) 597-2900/Fax: (718) 597-2902

65-55 Woodhaven Blvd, 2nd fl, Rego Park, NY 11374
Tel: (718) 255-6615/Fax: (718) 255-1394

14 Mamaroneck Ave, 2nd fl, White Plains, NY 10601
Tel: (914) 949-5555/Fax: (914) 993-3333

1963 Grand Concourse, 2nd fl, Bronx, NY 10453
Tel: (718) 466-4600/Fax: (718) 466-1100

910 E Gun Hill Rd, Bronx, NY 10469
Tel: (718) 882-8500/Fax: (718) 882-4400

**Today's Date://** 10    31    2024
Month Day    Year

**Patient Name:Date of Accident://**          Yvette Bhikharie          01    27    2024
Month Day    Year

To whom it may concern;

Please be advised that Yvette Bhikharie has been under my care for injuries sustained in a motor-related accident. *Patient was seen today by Yelena Yakutilova for medical clearance. Please be advised patient is not fit for duty and will be having left shoulder arthroscopy surgery with DR. Jesu Jacob on 11/08/24.*
For any questions regarding this matter, please contact us at the number below.

Sincerely,

**YELENA YAKUTILOVA PA-C**
**CITIMED JFK**
**718-656-9500**



**CitiMed**
Complete Medical Care
Injury Doctors
www.citimedny.com

JFK Bldg 78A, North Boundary Road, Jamaica, NY 11430
Tel: (718) 656-9500 Fax: (718) 656-9503

100-05 Roosevelt Ave. Suite 102. Corona, NY 11368
Tel: (718) 446-0002 Fax: (718) 898-3632

55 Green Ave. Suite LLB, Brooklyn, NY 11238
Tel: (718) 398-7777 Fax: (718)399-7777

92-18 165th Street, Jamaica, NY 11433
Tel: (718) 725-0044 Fax: (718) 725-0880

127 East 107 Street, New York, NY 10029
Tel: (212) 534-1300 Fax: (212) 860-8538

2367 Westchester Av. Bronx, NY 10462
Tel: (718) 597-2900 Fax: (718) 597-2902

65-55 Woodhaven Blvd, 2nd Fl, Rego Park, NY 12374
Tel: (717) 255-6175 Fax: (718) 275-5704

14 Mamaroneck Ave, 2nd Fl, White Plains, NY 10601
Tel: (914) 949-5555 Fax: (914) 993-3333

1965 Grand Concourse, 2nd Fl, Bronx, NY 10453
Tel: (718) 466-4600 Fax: (718) 466-1100

910 E Gun Hill Rd, Bronx, NY 10469
Tel: (718) 882-8500 Fax: (718) 882-4400

**Today's Date:// 01  16  2025**
Month Day   Year

**Patient Name:Date of Accident://      Yvette Bhikharie      01  27  2024**
Month Day   Year

To whom it may concern;

Please be advised that Yvette Bhikharie has been under my care for injuries sustained in a motor vehicle-related accident. *Patient was seen today 01/16/25 by Yelena Yakutilova. The patient was found unable to work. At this time patient is not fit for duty and will follow up with a tentative date of 02/18/25. Patient is total disable due to injuries sustained on her incident.*

Prognosis: is Guarded

1. Headache, unspecified - R51.9

2. Sprain of ligaments of cervical spine, subsequent encounter - S13.4XXD

3. Strain of muscle, fascia and tendon at neck level, subsequent encounter - S16.1XXD

4. Unspecified sprain of left shoulder joint, subsequent encounter - S43.402D

5. Strain of unspecified muscle, fascia and tendon at shoulder and upper arm level, left arm, subsequent encounter - S46.912D

6. Sprain of ligaments of thoracic spine, subsequent encounter - S23.3XXD

7. Strain of muscle and tendon of back wall of thorax, subsequent encounter - S29.012D 8. Driver injured in collision with unspecified motor vehicles in nontraffic accident, subsequent encounter - V49.00XD 9. Unspecified sprain of right shoulder joint, subsequent encounter - S43.401D 10. Strain of unspecified muscle, fascia and tendon at shoulder and upper arm level, right arm, subsequent encounter - S46.911D 11. Sprain of ligaments of lumbar spine, subsequent encounter - S33.5XXD 12. Strain of muscle, fascia and tendon of lower back, subsequent encounter - S39.012D 13. Unspecified injury of head, subsequent encounter - S09.90XD

For any questions regarding this matter, please contact us at the number below.

Sincerely,

YELENA YAKUTILOVA PA-C
CITIMED JFK
718-656-9500

78A N. Boundary Rd
Jamaica, NY 11430
Tel: 718-656-9500

**CitiMed**
Complete Medical Care
Injury Doctors
www.citimedny.com

JFK Bldg 78A, North Boundary Road, Jamaica, NY 11430
Tel: (718) 656-9500/ Fax: (718) 656-9503

100-05 Roosevelt Ave, Suite 102, Corona, NY 11368
Tel: (718) 446-0002/Fax: (718) 898-3632

55 Greene Ave, Suite LLB, Brooklyn, NY 11238
Tel: (718) 398-7777/ Fax: (718)399-7777

92-18 165th Street, Jamaica, NY 11433
Tel: (718) 725-0044/ Fax: (718) 725-0880

127 East 107 Street, New York, NY 10029
Tel: (212) 534-1500/Fax: (212) 860-8538

313 43rd Street, LLB, Brooklyn, NY 11233
Tel: (718) 370-777/Fax: (718) 682-3833

2367 Westchester Ave, Bronx, NY 10462
Tel: (718) 597-2900/Fax: (718) 597-2902

65-55 Woodhaven Blvd, 2nd
Tel: (718) 255-0

14 Mamaroneck Ave, 2nd fl
Tel: (914) 949-5

1963 Grand Concourse
Tel: (718) 466-

910 E Gun l
Tel: (718) 882-8

Date 12/23/24

To Whom it May Concern:

Please be advised that _Yvette Bhikharie_

Is under my care for treatment of: _Left shoulder_
The patient was seen today and was found

___✓___ is totally disabled at this time, will be reevaluated on 1/30/25

_____ is partially disabled at this time, will be reevaluated on _____.

_____ can return to work full duty without any restriction as of _____.

_____ can return to work, with the following restrictions/limitations; does not lift, carry, pus

___ lbs, as of _____.

_____ can return to work, with the following restriction /limitations; no stairs climbing, no k
more than 30 min of continuous standing or walking as of _____.

___✓___ still requires treatment.

_____

Sincerely,

Jacob Raziyev PA-C
Orthopedic Surgery
Josu Jacob, DO, Richard Pearl, MD, Geoffrey Guttman MD, Christopher Durant, MD

78A N. Boundary Rd
Jamaica, NY 11430
Tel: 718-656-9500